UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CR 624-015

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1001 |
| | ) | False Statement or Representation |
| STEPHANIE RANGEL VAZQUEZ | ) | |
| | ) | 18 U.S.C. § 1028A |
| | ) | Aggravated Identity Theft |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*False Statement or Representation*
18 U.S.C. § 1001

On or about January 24, 2024, in Toombs County and elsewhere, within the Southern District of Georgia, the Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely and fraudulently filing a WH-530, Initial or Renewal Application for a Farm Labor Contractor Certificate of Registration. The statements and representations were false because, as the Defendant then and there knew, she was falsely and fraudulently identifying as another person.

All in violation of Title 18, United States Code, Section 1001.

1

2

## COUNT TWO
*Aggravated Identity Theft*
18 U.S.C. § 1028A

On or about January 24, 2024, in Toombs County and elsewhere, within the Southern District of Georgia, the Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(4), to wit: 18 U.S.C. § 1001(a), as alleged in Count One, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A.

## COUNT THREE
*False Statement or Representation*
18 U.S.C. § 1001

On or about February 15, 2024, in Toombs County, within the Southern District of Georgia, the Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely and fraudulently filing an ETA-790A. The statements and representations were false because, as the Defendant then and there knew, she was falsely and fraudulently identifying as another person.

All in violation of Title 18, United States Code, Section 1001.

## COUNT FOUR
*False Statement or Representation*
18 U.S.C. § 1001

On or about March 18, 2024, in Toombs County, within the Southern District of Georgia, the Defendant,

### STEPHANIE RANGEL VAZQUEZ,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely and fraudulently filing an ETA-9142A. The statements and representations were false because, as the Defendant then and there knew, she was falsely and fraudulently identifying as another person.

All in violation of Title 18, United States Code, Section 1001.

## COUNT FIVE
*False Statement or Representation*
18 U.S.C. § 1001

On or about May 1, 2024, in Jeff Davis County, within the Southern District of Georgia, the Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely and fraudulently filing a DHS Form I-129, Petition IOE8800866459. The statements and representations were false because, as the Defendant then and there knew, she was falsely and fraudulently identifying as another person.

All in violation of Title 18, United States Code, Section 1001.

A True Bill

_____  
Jill E. Steinberg  
United States Attorney

_____  
Ryan E. Bondura  
Assistant United States Attorney  
*Lead Counsel

_____  
Tania D. Groover  
Assistant United States Attorney  
Chief, Criminal Division