# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

**CASE NO.:** 6:24cr015

**UNITED STATES OF AMERICA**

V

Stephanie Rangel Vazquez

**DATE:** September 12, 2024

**TIMES:** 12:08 - 12:31

**Honorable:** Brian K. Epps, United States Magistrate Judge
**Court Reporter:** FTR
**Probation Officer:** Justin Brownlee

**Courtroom Deputy:** Courtnay Capps
**Interpreter:**
**Security:** USMS Scripture; CSO Blounts

**Attorney for Government:** Ryan Bondura
**Attorney for Defendant(s):** Troy Marsh

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT**

- [✓] Defendant advised of rights
- [✓] CJA counsel appointed
- [✓] Defendant advised of charges and penalties
- [✓] Not guilty plea entered
- [✓] Pretrial motions due within 60 days
- [✓] Government Expert Disclosures due within 14 days
- [✓] Defense Expert Disclosures due within 60 days

- [✓] Rule 5/Brady materials reviewed

- [ ] Government moves for detention:
  - [ ] Defendant waives detention hearing at this time
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held
    - [ ] Witness for Gov't:     [ ] Witness Sworn
    - [ ] Witness for Def:       [ ] Witness Sworn
- [ ] Defendant detained pending trial
- [ ] Defendant remanded to custody of USMS
- [✓] Defendant granted bond: **$10,000 unsecured**

Notes: