U.S. v Stephanie Vazquez
20240923 Discovery Index

| PROD_BEGDOC | PROD_ENDDOC | Filename | PgCount | DocExt |
|---|---|---|---|---|
| 00000001 | 00000001 | NIV_IOE8042424118_Jennifer Ann Rangel.xlsx | 1 | xlsx |
| 00000002 | 00000003 | OIG 110. Login and User Data. Rangel and Vazquez.pdf | 2 | pdf |
| 00000004 | 00000011 | OIG 110. Prosecution Memorandum. Jennifer Rangel and Stephanie Vazquez.pdf | 8 | pdf |
| 00000012 | 00000013 | ragel incident.pdf | 2 | pdf |
| 00000014 | 00000015 | 2955 Norman Address Tax Assessors.pdf | 2 | pdf |
| 00000016 | 00000016 | All the Secretary of State Cooper Co LLC.pdf | 1 | pdf |
| 00000017 | 00000017 | Charles Smith Department of Labor.pdf | 1 | pdf |
| 00000018 | 00000019 | Charles Smith DL.pdf | 2 | pdf |
| 00000020 | 00000020 | Contact Log_Dennis Smith Farms_IOE8797370428.pdf | 1 | pdf |
| 00000021 | 00000021 | Contact Log_Dennis Smith Farms_WAC2014351187.pdf | 1 | pdf |
| 00000022 | 00000022 | Old Norman Town rd qpublic map.PNG | 1 | png |
| 00000023 | 00000023 | Work Contract - Dennis Smith Farms and Jennifer Rangel.pdf | 1 | pdf |
| 00000024 | 00000024 | Work Contract_IOE8042424118.pdf | 1 | pdf |
| 00000025 | 00000025 | logs.csv | 1 | csv |
| 00000026 | 00000026 | user_events.csv | 1 | csv |
| 00000027 | 00000027 | users.csv | 1 | csv |
| 00000028 | 00000028 | events.xlsx | 1 | xlsx |
| 00000029 | 00000029 | pre_1_23_23_logs.csv | 1 | csv |
| 00000030 | 00000030 | user.xlsx | 1 | xlsx |
| 00000031 | 00000031 | A13551189.html | 1 | html |
| 00000032 | 00000044 | A13551203.pdf | 13 | pdf |
| 00000045 | 00000047 | A13551204.pdf | 3 | pdf |
| 00000048 | 00000052 | A13552786.docx | 5 | docx |
| 00000053 | 00000057 | A13552899.docx | 5 | docx |
| 00000058 | 00000060 | A13586315.docx | 3 | docx |
| 00000061 | 00000063 | A13586686.docx | 3 | docx |
| 00000064 | 00000066 | A13588389.docx | 3 | docx |
| 00000067 | 00000069 | A13588467.docx | 3 | docx |
| 00000070 | 00000073 | A13593215.pdf | 4 | pdf |
| 00000074 | 00000074 | A13610186.pdf | 1 | pdf |
| 00000075 | 00000075 | A13610634.msg | 1 | msg |
| 00000076 | 00000076 | NOD Response Letter - Jennifer Rangel.pdf | 1 | pdf |
| 00000077 | 00000077 | A13610635.msg | 1 | msg |
| 00000078 | 00000090 | A13622281.pdf | 13 | pdf |
| 00000091 | 00000093 | A13622282.pdf | 3 | pdf |
| 00000094 | 00000106 | A13622339.pdf | 13 | pdf |
| 00000107 | 00000109 | A13622340.pdf | 3 | pdf |
| 00000110 | 00000115 | A13627575.pdf | 6 | pdf |
| 00000116 | 00000126 | A13627591.pdf | 11 | pdf |
| 00000127 | 00000127 | A13646656.msg | 1 | msg |
| 00000128 | 00000132 | 1082 Jennifer Rangel Denial.pdf | 5 | pdf |
| 00000133 | 00000133 | A13649672.docx | 1 | docx |
| 00000134 | 00000134 | A13650053.pdf | 1 | pdf |
| 00000135 | 00000135 | A13696426.msg | 1 | msg |
| 00000136 | 00000137 | 1081 Jennifer Rangel GA5917238942.pdf | 2 | pdf |
| 00000138 | 00000142 | 1082 Jennifer Rangel.pdf | 5 | pdf |
| 00000143 | 00000145 | Motel Exemption Email from Larry Benjamin and Jorge Gomez.pdf^FW_ Shawn Sharma Housing Question.pdf | 3 | pdf |
| 00000146 | 00000146 | A13741125.pdf | 1 | pdf |
| 00000147 | 00000147 | A13741137.pdf | 1 | pdf |
| 00000148 | 00000148 | A13741854.msg | 1 | msg |
| 00000149 | 00000149 | Initial Recruitment Report - Jennifer Rangel .pdf | 1 | pdf |
| 00000150 | 00000150 | Workers Comp - Jennifer Rangel.pdf | 1 | pdf |
| 00000151 | 00000151 | A13741855.msg | 1 | msg |
| 00000152 | 00000155 | A13753282.docx | 4 | docx |
| 00000156 | 00000159 | A13753368.docx | 4 | docx |
| 00000160 | 00000160 | A13753375.docx | 1 | docx |
| 00000161 | 00000161 | A13770334.pdf | 1 | pdf |
| 00000162 | 00000162 | A13770342.pdf | 1 | pdf |
| 00000163 | 00000170 | A13770348.pdf | 8 | pdf |
| 00000171 | 00000173 | A13770351.pdf | 3 | pdf |
| 00000174 | 00000184 | A13770364.pdf | 11 | pdf |
| 00000185 | 00000197 | A13770368.pdf | 13 | pdf |
| 00000198 | 00000200 | A13770369.pdf | 3 | pdf |
| 00000201 | 00000203 | A13771136.pdf | 3 | pdf |
| 00000204 | 00000204 | E955553.pdf | 1 | pdf |
| 00000205 | 00000206 | E955554.pdf | 2 | pdf |
| 00000207 | 00000207 | E955555.pdf | 1 | pdf |
| 00000208 | 00000209 | E955556.pdf | 2 | pdf |
| 00000210 | 00000210 | E955557.pdf | 1 | pdf |
| 00000211 | 00000213 | E955558.pdf | 3 | pdf |
| 00000214 | 00000214 | E955559.pdf | 1 | pdf |
| 00000215 | 00000215 | E955560.pdf | 1 | pdf |
| 00000216 | 00000216 | E955561.pdf | 1 | pdf |
| 00000217 | 00000217 | E955562.pdf | 1 | pdf |
| 00000218 | 00000219 | E955563.pdf | 2 | pdf |
| 00000220 | 00000220 | E955564.pdf | 1 | pdf |

| | | | | |
|---|---|---|---|---|
| 00000221 | 00000221 | E955565.pdf | 1 | pdf |
| 00000222 | 00000222 | E955566.pdf | 1 | pdf |
| 00000223 | 00000223 | E955567.pdf | 1 | pdf |
| 00000224 | 00000224 | E959996.pdf | 1 | pdf |
| 00000225 | 00000225 | E967784.pdf | 1 | pdf |
| 00000226 | 00000226 | A14709420.html | 1 | html |
| 00000227 | 00000239 | A14709429.pdf | 13 | pdf |
| 00000240 | 00000242 | A14709430.pdf | 3 | pdf |
| 00000243 | 00000245 | A14779375.docx | 3 | docx |
| 00000246 | 00000251 | A14779553.docx | 6 | docx |
| 00000252 | 00000256 | A14797281.docx | 5 | docx |
| 00000257 | 00000262 | A14797294.pdf | 6 | pdf |
| 00000263 | 00000263 | A14811267.pdf | 1 | pdf |
| 00000264 | 00000264 | A14811281.pdf | 1 | pdf |
| 00000265 | 00000265 | A14811298.pdf | 1 | pdf |
| 00000266 | 00000266 | A14811606.msg | 1 | msg |
| 00000267 | 00000268 | NOD Response Letter - Stephanie Vazquez .pdf | 2 | pdf |
| 00000269 | 00000269 | Surety Bond Mail Receipt - Stephanie Vazquez.pdf | 1 | pdf |
| 00000270 | 00000270 | Work Contract Agreement 1 - T&M Farms and Sons and Stephanie Vazquez .pdf | 1 | pdf |
| 00000271 | 00000271 | A14811607.msg | 1 | msg |
| 00000272 | 00000277 | A14811678.docx | 6 | docx |
| 00000278 | 00000283 | A14811731.docx | 6 | docx |
| 00000284 | 00000287 | A14811993.docx | 4 | docx |
| 00000288 | 00000292 | A14812009.pdf | 5 | pdf |
| 00000293 | 00000303 | A14812014.pdf | 11 | pdf |
| 00000304 | 00000304 | A14812660.pdf | 1 | pdf |
| 00000305 | 00000305 | A14812665.pdf | 1 | pdf |
| 00000306 | 00000306 | A14812951.msg | 1 | msg |
| 00000307 | 00000307 | Initial Recruitment Report - Stephanie Vazquez .pdf | 1 | pdf |
| 00000308 | 00000308 | Workers Comp DC - Stephanie Vazquez.pdf | 1 | pdf |
| 00000309 | 00000309 | A14812952.msg | 1 | msg |
| 00000310 | 00000313 | A14867136.docx | 4 | docx |
| 00000314 | 00000317 | A14867182.docx | 4 | docx |
| 00000318 | 00000318 | A14867200.pdf | 1 | pdf |
| 00000319 | 00000319 | A14867213.pdf | 1 | pdf |
| 00000320 | 00000326 | A14867221.pdf | 7 | pdf |
| 00000327 | 00000329 | A14867229.pdf | 3 | pdf |
| 00000330 | 00000340 | A14867259.pdf | 11 | pdf |
| 00000341 | 00000353 | A14867265.pdf | 13 | pdf |
| 00000354 | 00000356 | A14867266.pdf | 3 | pdf |
| 00000357 | 00000359 | A14867548.pdf | 3 | pdf |
| 00000360 | 00000360 | E1010007.pdf | 1 | pdf |
| 00000361 | 00000362 | E1010008.pdf | 2 | pdf |
| 00000363 | 00000363 | E1010009.pdf | 1 | pdf |
| 00000364 | 00000365 | E1010010.pdf | 2 | pdf |
| 00000366 | 00000366 | E1010011.pdf | 1 | pdf |
| 00000367 | 00000369 | E1010012.pdf | 3 | pdf |
| 00000370 | 00000371 | E1010013.pdf | 2 | pdf |
| 00000372 | 00000372 | E1010014.pdf | 1 | pdf |
| 00000373 | 00000373 | E1010017.pdf | 1 | pdf |
| 00000374 | 00000374 | E1010018.pdf | 1 | pdf |
| 00000375 | 00000375 | E1010019.pdf | 1 | pdf |
| 00000376 | 00000377 | E1013163.pdf | 2 | pdf |
| 00000378 | 00000378 | E1013167.pdf | 1 | pdf |
| 00000379 | 00000379 | E1013169.pdf | 1 | pdf |
| 00000380 | 00000380 | E1013251.pdf | 1 | pdf |
| 00000381 | 00000381 | A15625995.html | 1 | html |
| 00000382 | 00000395 | A15626017.pdf | 14 | pdf |
| 00000396 | 00000398 | A15626018.pdf | 3 | pdf |
| 00000399 | 00000401 | A15664903.docx | 3 | docx |
| 00000402 | 00000406 | A15665171.docx | 5 | docx |
| 00000407 | 00000411 | A15677402.docx | 5 | docx |
| 00000412 | 00000416 | A15677420.docx | 5 | docx |
| 00000417 | 00000425 | A15680329.docx | 9 | docx |
| 00000426 | 00000435 | A15687602.pdf | 10 | pdf |
| 00000436 | 00000436 | A15749986.pdf | 1 | pdf |
| 00000437 | 00000437 | A15749993.pdf | 1 | pdf |
| 00000438 | 00000438 | A15750010.pdf | 1 | pdf |
| 00000439 | 00000439 | A15750027.pdf | 1 | pdf |
| 00000440 | 00000440 | A15750047.pdf | 1 | pdf |
| 00000441 | 00000441 | A15750054.pdf | 1 | pdf |
| 00000442 | 00000442 | A15750064.pdf | 1 | pdf |
| 00000443 | 00000443 | A15750289.msg | 1 | msg |
| 00000444 | 00000445 | Fed IRS EIN Letter - Jennifer Rangel.pdf | 2 | pdf |
| 00000446 | 00000447 | Letter Attesting Original Surety Bond has been Mailed to CNPC - Jennifer Rangel .pdf | 2 | pdf |
| 00000448 | 00000450 | NOD Response Letter - Jennifer Rangel .pdf | 3 | pdf |
| 00000451 | 00000451 | Surety Bond Mail Receipt - Jennifer Rangel.pdf | 1 | pdf |
| 00000452 | 00000452 | Work Contract Agreement - Morgan Farms and Jennifer Rangel.pdf | 1 | pdf |
| 00000453 | 00000453 | Work Contract Agreement Updated - Rogers Farms and Jennifer Rangel .pdf | 1 | pdf |
| 00000454 | 00000454 | H-2Advisors LLC - IRS Letter.pdf | 1 | pdf |

| | | | | |
|---|---|---|---|---|
| 00000455 | 00000455 | A15750290.msg | 1 | msg |
| 00000456 | 00000469 | A15763490.pdf | 14 | pdf |
| 00000470 | 00000472 | A15763491.pdf | 3 | pdf |
| 00000473 | 00000486 | A15763635.pdf | 14 | pdf |
| 00000487 | 00000489 | A15763636.pdf | 3 | pdf |
| 00000490 | 00000507 | A15763644.pdf | 18 | pdf |
| 00000508 | 00000513 | A15763660.docx | 6 | docx |
| 00000514 | 00000518 | A15763915.docx | 5 | docx |
| 00000519 | 00000523 | A15763945.pdf | 5 | pdf |
| 00000524 | 00000535 | A15763956.pdf | 12 | pdf |
| 00000536 | 00000536 | A15764369.pdf | 1 | pdf |
| 00000537 | 00000537 | A15764371.pdf | 1 | pdf |
| 00000538 | 00000538 | A15771893.msg | 1 | msg |
| 00000539 | 00000539 | Initial Recruitment Report - Jennifer Rangel .pdf | 1 | pdf |
| 00000540 | 00000540 | Workers Comp - Jennifer Rangel.pdf | 1 | pdf |
| 00000541 | 00000541 | A15771894.msg | 1 | msg |
| 00000542 | 00000545 | A15797888.docx | 4 | docx |
| 00000546 | 00000549 | A15797920.docx | 4 | docx |
| 00000550 | 00000550 | A15797941.pdf | 1 | pdf |
| 00000551 | 00000551 | A15797946.pdf | 1 | pdf |
| 00000552 | 00000558 | A15797959.pdf | 7 | pdf |
| 00000559 | 00000561 | A15797968.pdf | 3 | pdf |
| 00000562 | 00000573 | A15797979.pdf | 12 | pdf |
| 00000574 | 00000587 | A15797983.pdf | 14 | pdf |
| 00000588 | 00000590 | A15797984.pdf | 3 | pdf |
| 00000591 | 00000591 | E1054670.pdf | 1 | pdf |
| 00000592 | 00000593 | E1054671.pdf | 2 | pdf |
| 00000594 | 00000595 | E1054672.pdf | 2 | pdf |
| 00000596 | 00000596 | E1054673.pdf | 1 | pdf |
| 00000597 | 00000597 | E1054674.pdf | 1 | pdf |
| 00000598 | 00000598 | E1054675.pdf | 1 | pdf |
| 00000599 | 00000601 | E1054676.pdf | 3 | pdf |
| 00000602 | 00000602 | E1054677.pdf | 1 | pdf |
| 00000603 | 00000603 | E1054680.pdf | 1 | pdf |
| 00000604 | 00000604 | E1054681.pdf | 1 | pdf |
| 00000605 | 00000605 | E1054682.pdf | 1 | pdf |
| 00000606 | 00000606 | E1054683.pdf | 1 | pdf |
| 00000607 | 00000608 | E1054684.pdf | 2 | pdf |
| 00000609 | 00000611 | E1060560.pdf | 3 | pdf |
| 00000612 | 00000613 | E1060561.pdf | 2 | pdf |
| 00000614 | 00000614 | E1060564.pdf | 1 | pdf |
| 00000615 | 00000615 | E1060565.pdf | 1 | pdf |
| 00000616 | 00000616 | E1060566.pdf | 1 | pdf |
| 00000617 | 00000617 | E1061288.pdf | 1 | pdf |
| 00000618 | 00000623 | 195679 - H-300-22282-518873 S. Bond.pdf | 6 | pdf |
| 00000624 | 00000629 | A20782075.pdf | 6 | pdf |
| 00000630 | 00000632 | Appendix A signed1 Jennifer Rangel.pdf | 3 | pdf |
| 00000633 | 00000633 | Business Tax License - Big Julios.pdf | 1 | pdf |
| 00000634 | 00000634 | Case Action Confirmation Email.pdf | 1 | pdf |
| 00000635 | 00000635 | Catering Agreement - Big Julios and Jennifer Rangel.pdf | 1 | pdf |
| 00000636 | 00000639 | CERT Jennifer Rangel (H-300-22282-518873).docx | 4 | docx |
| 00000640 | 00000651 | ETA 790 for H-300-22282-518873.pdf | 12 | pdf |
| 00000652 | 00000652 | ETA 9142A Approval Appendix for H-300-22282-518873.pdf | 1 | pdf |
| 00000653 | 00000655 | ETA 9142A for H-300-22282-518873.pdf | 3 | pdf |
| 00000656 | 00000656 | FLC Certificate Jennifer Rangel.pdf | 1 | pdf |
| 00000657 | 00000657 | H-2A Case Received Email.html | 1 | html |
| 00000658 | 00000658 | H-2A Invoice for H-300-22282-518873.pdf | 1 | pdf |
| 00000659 | 00000659 | Motel Lease Agreement - Northside Inn and Jennifer Rangel.pdf | 1 | pdf |
| 00000660 | 00000660 | Motel Lease Agreement - Relax Inn and Jennifer Rangel.pdf | 1 | pdf |
| 00000661 | 00000661 | NOD Response Letter Jennifer Rangel.pdf | 1 | pdf |
| 00000662 | 00000662 | Recruitment Report Jennifer Rangel.pdf | 1 | pdf |
| 00000663 | 00000665 | Surety Bond Jennifer Rangel.pdf | 3 | pdf |
| 00000666 | 00000666 | Temp Need Statement Jennifer Rangel 1.pdf | 1 | pdf |
| 00000667 | 00000667 | Tourist Accommodation Report -  Relax Inn.pdf | 1 | pdf |
| 00000668 | 00000668 | Tourist Accommodation Report - Northside Inn.pdf | 1 | pdf |
| 00000669 | 00000669 | Work Contract Jennifer Rangel and Dennis Smith Farms.pdf | 1 | pdf |
| 00000670 | 00000671 | Workers Comp Jennifer Rangel.pdf | 2 | pdf |
| 00000672 | 00000672 | A13383617.html | 1 | html |
| 00000673 | 00000685 | A13383632.pdf | 13 | pdf |
| 00000686 | 00000686 | A13481357.html | 1 | html |
| 00000687 | 00000688 | A13548194.pdf | 2 | pdf |
| 00000689 | 00000701 | A13549123.pdf | 13 | pdf |
| 00000702 | 00000702 | A13549402.html | 1 | html |
| 00000703 | 00000703 | E943971.jpg | 1 | jpg |
| 00000704 | 00000704 | A15537709.html | 1 | html |
| 00000705 | 00000718 | A15537737.pdf | 14 | pdf |
| 00000719 | 00000720 | A15571361.pdf | 2 | pdf |
| 00000721 | 00000721 | A15571362.pdf | 1 | pdf |
| 00000722 | 00000735 | A15594806.pdf | 14 | pdf |
| 00000736 | 00000736 | A15594897.html | 1 | html |

| | | | | |
|---|---|---|---|---|
| 00000737 | 00000737 | A15609283.msg | 1 | msg |
| 00000738 | 00000738 | Motel Inspection Super 8 .pdf | 1 | pdf |
| 00000739 | 00000739 | Motel Lease Agreement - Super 8 and Jennifer Rangel .pdf | 1 | pdf |
| 00000740 | 00000740 | A16474708.html | 1 | html |
| 00000741 | 00000753 | A16474716.pdf | 13 | pdf |
| 00000754 | 00000754 | A16494013.html | 1 | html |
| 00000755 | 00000755 | A16573850.html | 1 | html |
| 00000756 | 00000756 | A22743131.html | 1 | html |
| 00000757 | 00000768 | A22743161.pdf | 12 | pdf |
| 00000769 | 00000771 | A22743162.pdf | 3 | pdf |
| 00000772 | 00000774 | A22803042.docx | 3 | docx |
| 00000775 | 00000779 | A22804164.docx | 5 | docx |
| 00000780 | 00000785 | A22804648.pdf | 6 | pdf |
| 00000786 | 00000786 | A22867290.pdf | 1 | pdf |
| 00000787 | 00000787 | A22867308.pdf | 1 | pdf |
| 00000788 | 00000792 | A22867733.docx | 5 | docx |
| 00000793 | 00000797 | A22867773.docx | 5 | docx |
| 00000798 | 00000803 | A22867815.pdf | 6 | pdf |
| 00000804 | 00000814 | A22867827.pdf | 11 | pdf |
| 00000815 | 00000815 | A22890028.pdf | 1 | pdf |
| 00000816 | 00000816 | A22890032.pdf | 1 | pdf |
| 00000817 | 00000818 | A22983693.msg | 2 | msg |
| 00000819 | 00000819 | Buisness License.pdf | 1 | pdf |
| 00000820 | 00000820 | Catering Agreement.pdf | 1 | pdf |
| 00000821 | 00000821 | Food Permit.pdf | 1 | pdf |
| 00000822 | 00000822 | Motel Lease Agreement.pdf | 1 | pdf |
| 00000823 | 00000823 | Tourist Accommodation Permit Budget Inn .jpg | 1 | jpg |
| 00000824 | 00000824 | Motel DPH report.pdf | 1 | pdf |
| 00000825 | 00000829 | A22983739.docx | 5 | docx |
| 00000830 | 00000834 | A22983752.docx | 5 | docx |
| 00000835 | 00000835 | A22983777.pdf | 1 | pdf |
| 00000836 | 00000836 | A22983780.pdf | 1 | pdf |
| 00000837 | 00000843 | A22983790.pdf | 7 | pdf |
| 00000844 | 00000846 | A22983797.pdf | 3 | pdf |
| 00000847 | 00000857 | A22983814.pdf | 11 | pdf |
| 00000858 | 00000869 | A22983824.pdf | 12 | pdf |
| 00000870 | 00000872 | A22983825.pdf | 3 | pdf |
| 00000873 | 00000877 | A23821722.pdf | 5 | pdf |
| 00000878 | 00000882 | A24028656.pdf | 5 | pdf |
| 00000883 | 00000883 | E1585065.pdf | 1 | pdf |
| 00000884 | 00000884 | E1585066.pdf | 1 | pdf |
| 00000885 | 00000886 | E1585067.pdf | 2 | pdf |
| 00000887 | 00000887 | E1585068.pdf | 1 | pdf |
| 00000888 | 00000889 | E1585069.pdf | 2 | pdf |
| 00000890 | 00000890 | E1585070.pdf | 1 | pdf |
| 00000891 | 00000891 | E1585071.pdf | 1 | pdf |
| 00000892 | 00000892 | E1585072.pdf | 1 | pdf |
| 00000893 | 00000893 | E1585073.pdf | 1 | pdf |
| 00000894 | 00000894 | E1585074.pdf | 1 | pdf |
| 00000895 | 00000897 | E1585075.pdf | 3 | pdf |
| 00000898 | 00000898 | E1590817.pdf | 1 | pdf |
| 00000899 | 00000900 | E1590818.pdf | 2 | pdf |
| 00000901 | 00000901 | E1591748.pdf | 1 | pdf |
| 00000902 | 00000902 | A24885036.html | 1 | html |
| 00000903 | 00000915 | A24885071.pdf | 13 | pdf |
| 00000916 | 00000918 | A24885072.pdf | 3 | pdf |
| 00000919 | 00000921 | A24886702.docx | 3 | docx |
| 00000922 | 00000926 | A24887077.docx | 5 | docx |
| 00000927 | 00000931 | A24904663.docx | 5 | docx |
| 00000932 | 00000937 | A24904691.pdf | 6 | pdf |
| 00000938 | 00000938 | A24932616.pdf | 1 | pdf |
| 00000939 | 00000951 | A24933444.pdf | 13 | pdf |
| 00000952 | 00000954 | A24933445.pdf | 3 | pdf |
| 00000955 | 00000967 | A24933481.pdf | 13 | pdf |
| 00000968 | 00000970 | A24933482.pdf | 3 | pdf |
| 00000971 | 00000983 | A24933532.pdf | 13 | pdf |
| 00000984 | 00000986 | A24933533.pdf | 3 | pdf |
| 00000987 | 00001003 | A24933535.pdf | 17 | pdf |
| 00001004 | 00001008 | A24933548.docx | 5 | docx |
| 00001009 | 00001013 | A24933616.docx | 5 | docx |
| 00001014 | 00001019 | A24934889.pdf | 6 | pdf |
| 00001020 | 00001031 | A24934899.pdf | 12 | pdf |
| 00001032 | 00001032 | A24964494.pdf | 1 | pdf |
| 00001033 | 00001033 | A24964510.pdf | 1 | pdf |
| 00001034 | 00001034 | A24964519.pdf | 1 | pdf |
| 00001035 | 00001039 | A24965409.docx | 5 | docx |
| 00001040 | 00001043 | A24965455.docx | 4 | docx |
| 00001044 | 00001044 | A24973336.pdf | 1 | pdf |
| 00001045 | 00001045 | A24973338.pdf | 1 | pdf |
| 00001046 | 00001052 | A24973339.pdf | 7 | pdf |

| | | | | |
|---|---|---|---|---|
| 00001053 | 00001055 | A24973345.pdf | 3 | pdf |
| 00001056 | 00001067 | A24973352.pdf | 12 | pdf |
| 00001068 | 00001080 | A24973354.pdf | 13 | pdf |
| 00001081 | 00001083 | A24973355.pdf | 3 | pdf |
| 00001084 | 00001088 | A25052636.pdf | 5 | pdf |
| 00001089 | 00001089 | E1741780.pdf | 1 | pdf |
| 00001090 | 00001090 | E1741781.pdf | 1 | pdf |
| 00001091 | 00001093 | E1741783.pdf | 3 | pdf |
| 00001094 | 00001094 | E1741784.pdf | 1 | pdf |
| 00001095 | 00001095 | E1741785.pdf | 1 | pdf |
| 00001096 | 00001096 | E1741786.pdf | 1 | pdf |
| 00001097 | 00001097 | E1741787.pdf | 1 | pdf |
| 00001098 | 00001098 | E1741788.pdf | 1 | pdf |
| 00001099 | 00001099 | E1741789.pdf | 1 | pdf |
| 00001100 | 00001100 | E1741790.pdf | 1 | pdf |
| 00001101 | 00001101 | E1741791.pdf | 1 | pdf |
| 00001102 | 00001102 | E1741792.pdf | 1 | pdf |
| 00001103 | 00001104 | E1741793.pdf | 2 | pdf |
| 00001105 | 00001105 | E1741794.pdf | 1 | pdf |
| 00001106 | 00001106 | E1748735.pdf | 1 | pdf |
| 00001107 | 00001107 | E1751094.pdf | 1 | pdf |
| 00001108 | 00001108 | A27071215.html | 1 | html |
| 00001109 | 00001120 | A27071237.pdf | 12 | pdf |
| 00001121 | 00001123 | A27071238.pdf | 3 | pdf |
| 00001124 | 00001126 | A27072028.docx | 3 | docx |
| 00001127 | 00001130 | A27072434.docx | 4 | docx |
| 00001131 | 00001135 | A27073159.pdf | 5 | pdf |
| 00001136 | 00001136 | A27132253.pdf | 1 | pdf |
| 00001137 | 00001137 | A27132425.pdf | 1 | pdf |
| 00001138 | 00001149 | A27132439.pdf | 12 | pdf |
| 00001150 | 00001152 | A27132440.pdf | 3 | pdf |
| 00001153 | 00001164 | A27132476.pdf | 12 | pdf |
| 00001165 | 00001167 | A27132477.pdf | 3 | pdf |
| 00001168 | 00001172 | A27132513.docx | 5 | docx |
| 00001173 | 00001184 | A27132516.pdf | 12 | pdf |
| 00001185 | 00001187 | A27132517.pdf | 3 | pdf |
| 00001188 | 00001203 | A27132523.pdf | 16 | pdf |
| 00001204 | 00001208 | A27132558.docx | 5 | docx |
| 00001209 | 00001214 | A27147263.pdf | 6 | pdf |
| 00001215 | 00001225 | A27147265.pdf | 11 | pdf |
| 00001226 | 00001226 | A27170397.pdf | 1 | pdf |
| 00001227 | 00001227 | A27170459.pdf | 1 | pdf |
| 00001228 | 00001239 | A27334582.pdf | 12 | pdf |
| 00001240 | 00001242 | A27334583.pdf | 3 | pdf |
| 00001243 | 00001253 | A27334609.pdf | 11 | pdf |
| 00001254 | 00001254 | A27336578.msg | 1 | msg |
| 00001255 | 00001257 | 1135914 Jennifer Rangel-NOA.pdf | 3 | pdf |
| 00001258 | 00001269 | 1135914 Jennifer Rangel.pdf | 12 | pdf |
| 00001270 | 00001270 | A27429556.msg | 1 | msg |
| 00001271 | 00001271 | Catering Agreement - Treasures Place LLC and Jennifer Rangel.pdf | 1 | pdf |
| 00001272 | 00001272 | Motel Lease Agreement - Oak Tree Inn and Jennifer Rangel.pdf | 1 | pdf |
| 00001273 | 00001273 | Tourist Accommodation Report for Oak Tree Inn.pdf | 1 | pdf |
| 00001274 | 00001274 | Treasures Place Business License.pdf | 1 | pdf |
| 00001275 | 00001275 | Treasures Place DPH Permit.pdf | 1 | pdf |
| 00001276 | 00001280 | A27429635.docx | 5 | docx |
| 00001281 | 00001285 | A27429665.docx | 5 | docx |
| 00001286 | 00001286 | A27429947.pdf | 1 | pdf |
| 00001287 | 00001287 | A27429949.pdf | 1 | pdf |
| 00001288 | 00001294 | A27429952.pdf | 7 | pdf |
| 00001295 | 00001297 | A27429956.pdf | 3 | pdf |
| 00001298 | 00001308 | A27429972.pdf | 11 | pdf |
| 00001309 | 00001320 | A27429978.pdf | 12 | pdf |
| 00001321 | 00001323 | A27429979.pdf | 3 | pdf |
| 00001324 | 00001324 | E2022884.pdf | 1 | pdf |
| 00001325 | 00001325 | E2022885.pdf | 1 | pdf |
| 00001326 | 00001328 | E2022886.pdf | 3 | pdf |
| 00001329 | 00001330 | E2022888.pdf | 2 | pdf |
| 00001331 | 00001331 | E2022889.pdf | 1 | pdf |
| 00001332 | 00001332 | E2022890.pdf | 1 | pdf |
| 00001333 | 00001333 | E2026131.pdf | 1 | pdf |
| 00001334 | 00001334 | E2026142.pdf | 1 | pdf |
| 00001335 | 00001335 | E2028287.pdf | 1 | pdf |
| 00001336 | 00001336 | A20503709.html | 1 | html |
| 00001337 | 00001350 | A20503711.pdf | 14 | pdf |
| 00001351 | 00001364 | A20553430.pdf | 14 | pdf |
| 00001365 | 00001365 | A20554181.html | 1 | html |
| 00001366 | 00001367 | A20656497.msg | 2 | msg |
| 00001368 | 00001368 | Motel Lease Agreement - Northside Inn and Jennifer Rangel.pdf | 1 | pdf |
| 00001369 | 00001369 | Sales Tax Certificate of Registration - Northside Inn.pdf | 1 | pdf |
| 00001370 | 00001370 | Tourist Accommodation Report - Northside Inn.pdf | 1 | pdf |

| | | | | |
|---|---|---|---|---|
| 00001371 | 00001371 | Motel Lease Agreement - Relax Inn and Jennifer Rangel.pdf | 1 | pdf |
| 00001372 | 00001372 | Sales Tax Certificate of Registration - Relax Inn.pdf | 1 | pdf |
| 00001373 | 00001373 | Tourist Accommodation Report - Relax Inn.pdf | 1 | pdf |
| 00001374 | 00001385 | A20716037.pdf | 12 | pdf |
| 00001386 | 00001386 | E1368736.jpg | 1 | jpg |
| 00001387 | 00001387 | A22549836.html | 1 | html |
| 00001388 | 00001399 | A22549870.pdf | 12 | pdf |
| 00001400 | 00001400 | A22725827.jpg | 1 | jpg |
| 00001401 | 00001412 | A22725918.pdf | 12 | pdf |
| 00001413 | 00001413 | A22727591.html | 1 | html |
| 00001414 | 00001414 | A24604211.html | 1 | html |
| 00001415 | 00001427 | A24604214.pdf | 13 | pdf |
| 00001428 | 00001428 | A24702259.html | 1 | html |
| 00001429 | 00001441 | A24703572.pdf | 13 | pdf |
| 00001442 | 00001442 | A24703938.html | 1 | html |
| 00001443 | 00001443 | A24806966.msg | 1 | msg |
| 00001444 | 00001447 | Jennifer Rangel - 481440 - Catering Papers.pdf | 4 | pdf |
| 00001448 | 00001450 | Jennifer Rangel - 481440 - Lease Papers - Northside Inn.pdf | 3 | pdf |
| 00001451 | 00001453 | Jennifer Rangel - 481440 - Lease Papers - Relax Inn.pdf | 3 | pdf |
| 00001454 | 00001454 | A26599233.html | 1 | html |
| 00001455 | 00001466 | A26599242.pdf | 12 | pdf |
| 00001467 | 00001478 | A26719637.pdf | 12 | pdf |
| 00001479 | 00001479 | A26720692.pdf | 1 | pdf |
| 00001480 | 00001480 | A26720738.html | 1 | html |
| 00001481 | 00001484 | 25_A13800137.docx | 4 | docx |
| 00001485 | 00001485 | 26_A13741359.pdf | 1 | pdf |
| 00001486 | 00001490 | 27_A13659536.docx | 5 | docx |
| 00001491 | 00001501 | 28_A13827619.pdf | 11 | pdf |
| 00001502 | 00001502 | 29_E960931.pdf | 1 | pdf |
| 00001503 | 00001507 | 30_A13660562.docx | 5 | docx |
| 00001508 | 00001508 | 31_E960930.pdf | 1 | pdf |
| 00001509 | 00001509 | 32_E960933.pdf | 1 | pdf |
| 00001510 | 00001510 | 33_E960932.pdf | 1 | pdf |
| 00001511 | 00001516 | 38_A13660583.pdf | 6 | pdf |
| 00001517 | 00001517 | 39_A13800163.docx | 1 | docx |
| 00001518 | 00001518 | 40_A13741362.pdf | 1 | pdf |
| 00001519 | 00001519 | 41_A13827589.pdf | 1 | pdf |
| 00001520 | 00001532 | 42_A13827625.pdf | 13 | pdf |
| 00001533 | 00001533 | A13624418.html | 1 | html |
| 00001534 | 00001546 | A13624437.pdf | 13 | pdf |
| 00001547 | 00001549 | A13624438.pdf | 3 | pdf |
| 00001550 | 00001552 | A13641992.docx | 3 | docx |
| 00001553 | 00001556 | A13642149.docx | 4 | docx |
| 00001557 | 00001561 | A13659472.docx | 5 | docx |
| 00001562 | 00001572 | A13660593.pdf | 11 | pdf |
| 00001573 | 00001573 | A13742120.msg | 1 | msg |
| 00001574 | 00001574 | Workers Comp DC - Stephanie Vazquez.pdf | 1 | pdf |
| 00001575 | 00001575 | Initial Recruitment Report - Stephanie Vazquez .pdf | 1 | pdf |
| 00001576 | 00001576 | A13742121.msg | 1 | msg |
| 00001577 | 00001577 | A13799391.msg | 1 | msg |
| 00001578 | 00001578 | 1081 - Signed.pdf | 1 | pdf |
| 00001579 | 00001583 | 1082 - Stephanie Vazquez signed.pdf | 5 | pdf |
| 00001584 | 00001587 | A13800154.docx | 4 | docx |
| 00001588 | 00001588 | A13827593.pdf | 1 | pdf |
| 00001589 | 00001596 | A13827599.pdf | 8 | pdf |
| 00001597 | 00001599 | A13827607.pdf | 3 | pdf |
| 00001600 | 00001602 | A13827626.pdf | 3 | pdf |
| 00001603 | 00001605 | A13828289.pdf | 3 | pdf |
| 00001606 | 00001606 | E960924.pdf | 1 | pdf |
| 00001607 | 00001608 | E960925.pdf | 2 | pdf |
| 00001609 | 00001610 | E960927.pdf | 2 | pdf |
| 00001611 | 00001611 | E960928.pdf | 1 | pdf |
| 00001612 | 00001614 | E960929.pdf | 3 | pdf |
| 00001615 | 00001615 | A27332730.html | 1 | html |
| 00001616 | 00001627 | A27332747.pdf | 12 | pdf |
| 00001628 | 00001630 | A27332748.pdf | 3 | pdf |
| 00001631 | 00001633 | A27352099.docx | 3 | docx |
| 00001634 | 00001638 | A27352795.docx | 5 | docx |
| 00001639 | 00001643 | A27353407.pdf | 5 | pdf |
| 00001644 | 00001649 | A27353901.pdf | 6 | pdf |
| 00001650 | 00001650 | A27359835.pdf | 1 | pdf |
| 00001651 | 00001651 | A27359848.pdf | 1 | pdf |
| 00001652 | 00001663 | A27367158.pdf | 12 | pdf |
| 00001664 | 00001666 | A27367159.pdf | 3 | pdf |
| 00001667 | 00001678 | A27367258.pdf | 12 | pdf |
| 00001679 | 00001681 | A27367259.pdf | 3 | pdf |
| 00001682 | 00001682 | A27367316.pdf | 1 | pdf |
| 00001683 | 00001683 | A27368015.msg | 1 | msg |
| 00001684 | 00001684 | NOD Response Letter Stephanie Vazquez.pdf | 1 | pdf |
| 00001685 | 00001685 | FLC Permit to Operate While FLC Card is Pending - Stephanie Vazquez.pdf | 1 | pdf |

| | | | | |
|---|---|---|---|---|
| 00001686 | 00001686 | A27368016.msg | 1 | msg |
| 00001687 | 00001687 | A27368188.pdf | 1 | pdf |
| 00001688 | 00001688 | A27415394.pdf | 1 | pdf |
| 00001689 | 00001689 | A27417436.msg | 1 | msg |
| 00001690 | 00001691 | FLC Certificate - Stephanie Vazquez.pdf | 2 | pdf |
| 00001692 | 00001692 | A27417437.msg | 1 | msg |
| 00001693 | 00001697 | A27419049.docx | 5 | docx |
| 00001698 | 00001702 | A27419147.pdf | 5 | pdf |
| 00001703 | 00001708 | A27420758.pdf | 6 | pdf |
| 00001709 | 00001719 | A27420761.pdf | 11 | pdf |
| 00001720 | 00001720 | A27459134.pdf | 1 | pdf |
| 00001721 | 00001721 | A27459212.pdf | 1 | pdf |
| 00001722 | 00001733 | A27522524.pdf | 12 | pdf |
| 00001734 | 00001736 | A27522525.pdf | 3 | pdf |
| 00001737 | 00001747 | A27522568.pdf | 11 | pdf |
| 00001748 | 00001753 | A27925736.pdf | 6 | pdf |
| 00001754 | 00001756 | A27951268.docx | 3 | docx |
| 00001757 | 00001760 | A27952828.docx | 4 | docx |
| 00001761 | 00001764 | A28046281.pdf | 4 | pdf |
| 00001765 | 00001769 | A28046294.pdf | 5 | pdf |
| 00001770 | 00001780 | A28046296.pdf | 11 | pdf |
| 00001781 | 00001792 | A28046302.pdf | 12 | pdf |
| 00001793 | 00001795 | A28046303.pdf | 3 | pdf |
| 00001796 | 00001796 | E2036680.pdf | 1 | pdf |
| 00001797 | 00001797 | E2036681.pdf | 1 | pdf |
| 00001798 | 00001799 | E2036682.pdf | 2 | pdf |
| 00001800 | 00001800 | E2036683.pdf | 1 | pdf |
| 00001801 | 00001801 | E2036684.pdf | 1 | pdf |
| 00001802 | 00001802 | E2036685.pdf | 1 | pdf |
| 00001803 | 00001805 | E2036686.pdf | 3 | pdf |
| 00001806 | 00001806 | E2036687.pdf | 1 | pdf |
| 00001807 | 00001807 | E2036688.pdf | 1 | pdf |
| 00001808 | 00001808 | E2036689.pdf | 1 | pdf |
| 00001809 | 00001809 | E2037974.pdf | 1 | pdf |
| 00001810 | 00001811 | E2040259.pdf | 2 | pdf |
| 00001812 | 00001812 | E2042280.pdf | 1 | pdf |
| 00001813 | 00001813 | E2042283.pdf | 1 | pdf |
| 00001814 | 00001814 | A13424441.html | 1 | html |
| 00001815 | 00001827 | A13424442.pdf | 13 | pdf |
| 00001828 | 00001828 | A13518846.html | 1 | html |
| 00001829 | 00001841 | A13622509.pdf | 13 | pdf |
| 00001842 | 00001842 | A13623001.html | 1 | html |
| 00001843 | 00001843 | A14556450.html | 1 | html |
| 00001844 | 00001856 | A14556463.pdf | 13 | pdf |
| 00001857 | 00001869 | A14637061.pdf | 13 | pdf |
| 00001870 | 00001882 | A14637194.pdf | 13 | pdf |
| 00001883 | 00001883 | A14637293.msg | 1 | msg |
| 00001884 | 00001896 | 790_790A for JO-A-300-21124-285763 Stephanie Vazquez 6274191853.pdf | 13 | pdf |
| 00001897 | 00001899 | GA SWA Notice of Acceptance Stephanie Vazquez 6274191853.pdf | 3 | pdf |
| 00001900 | 00001912 | A14640468.pdf | 13 | pdf |
| 00001913 | 00001913 | A14640725.msg | 1 | msg |
| 00001914 | 00001916 | GA SWA Notice of Acceptance Stephanie Vazquez 6274191853.pdf | 3 | pdf |
| 00001917 | 00001929 | 790A for JO-A-300-21124-285763 Stephanie Vazquez 6274191853-Amended.pdf | 13 | pdf |
| 00001930 | 00001930 | A14640751.html | 1 | html |
| 00001931 | 00001932 | A14659820.msg | 2 | msg |
| 00001933 | 00001933 | Stephanie Vazquez - GA6274191853 - Lease Agreement.pdf | 1 | pdf |
| 00001934 | 00001934 | Motel Inspection for Budget Inn - Stephanie Vazquez.pdf | 1 | pdf |
| 00001935 | 00001935 | Stephanie Vazquez - GA6274191853 - Catering Agreement.pdf | 1 | pdf |
| 00001936 | 00001936 | E1004970.jpg | 1 | jpg |
| 00001937 | 00001937 | A26600600.html | 1 | html |
| 00001938 | 00001949 | A26600613.pdf | 12 | pdf |
| 00001950 | 00001961 | A26739064.pdf | 12 | pdf |
| 00001962 | 00001962 | A26745905.html | 1 | html |
| 00001963 | 00001963 | E1993413.jpg | 1 | jpg |
| 00001964 | 00001964 | A27263611.html | 1 | html |
| 00001965 | 00001976 | A27263637.pdf | 12 | pdf |
| 00001977 | 00001988 | A27390777.pdf | 12 | pdf |
| 00001989 | 00001989 | A27390903.html | 1 | html |
| 00001990 | 00001990 | A27390927.msg | 1 | msg |
| 00001991 | 00002002 | 1170649 Stephanie Vazquez.pdf | 12 | pdf |
| 00002003 | 00002005 | 1170649 Stephanie Vazquez Acceptance Letter.pdf | 3 | pdf |
| 00002006 | 00002006 | A27537224.msg | 1 | msg |
| 00002007 | 00002007 | Catering Agreement - Treasures Place LLC and Stephanie Vazquez.pdf | 1 | pdf |
| 00002008 | 00002008 | Motel Lease Agreement - Clarion Pointe Vidalia and Stephanie Vazquez.pdf | 1 | pdf |
| 00002009 | 00002009 | Tourist Accommodation Report - Clarion Pointe.pdf | 1 | pdf |
| 00002010 | 00002010 | Treasures Place Business License.pdf | 1 | pdf |
| 00002011 | 00002011 | Treasures Place DPH Permit.pdf | 1 | pdf |
| 00002012 | 00002013 | FLC-R-SE-GA-68185540-0426 Jennifer Rangel - FLC Issuance Letter - Apr 15 2024 02-25-43 PM.pdf | 2 | pdf |
| 00002014 | 00002021 | 2157ran - 02-01-24 0336 PM.pdf | 8 | pdf |
| 00002022 | 00002031 | 2157RAN - 11-15-21 1050 AM.pdf | 10 | pdf |

| | | | | |
|---|---|---|---|---|
| 00002032 | 00002033 | FLC Full Report - Jennifer Rangel.pdf | 2 | pdf |
| 00002034 | 00002034 | FLC Jennifer Rangel Renewal Status .png | 1 | png |
| 00002035 | 00002043 | Background Report.txt | 9 | txt |
| 00002044 | 00002045 | FLC Full Report - Stephanie Rangel VAZQUEZ.pdf | 2 | pdf |
| 00002046 | 00002052 | FLC- Stepahnie Vazquez.pdf | 7 | pdf |
| 00002053 | 00002060 | FLC-R-SE-GA-42185539-0726 STEPHANIE RANGEL VAZQUEZ - Application Package.pdf | 8 | pdf |
| 00002061 | 00002061 | FLC-R-SE-GA-42185539-0726 STEPHANIE RANGEL VAZQUEZ - FLC Certificate - Apr 15 2024.pdf | 1 | pdf |
| 00002062 | 00002062 | FLC-R-SE-GA-42185539-0726 STEPHANIE RANGEL VAZQUEZ - FLC Issuance Letter - Apr 15 2024.pdf | 1 | pdf |
| 00002063 | 00002063 | Stephanie  Rangel Vazquez .png | 1 | png |
| 00002064 | 00002064 | Stephanie Rangel Vazquez .png | 1 | png |
| 00002065 | 00002065 | FLC Card.pdf | 1 | pdf |
| 00002066 | 00002067 | FLC Full Report - Stephanie Vazquez 2020-2021.pdf | 2 | pdf |
| 00002068 | 00002069 | FLC-I-SE-GA-44145269-0724 STEPHANIE VAZQUEZ - FLC Issuance Letter - Jul 06 2022 01-36-24 PM.pdf | 2 | pdf |
| 00002070 | 00002070 | Stephanie Vazquez .png | 1 | png |
| 00002071 | 00002078 | Stephanie Vazquez Application Packet.pdf | 8 | pdf |
| 00002079 | 00002079 | 221013_0081.MP3 | 1 | mp3 |
| 00002080 | 00002083 | OIG110. Report of Interview. Jennifer Rodriguez. 4.10.24.pdf | 4 | pdf |
| 00002084 | 00002086 | OIG110. Report of Interview. Jennifer Rodriguez. TEAMS 5.15.24.pdf | 3 | pdf |
| 00002087 | 00002097 | Rangel Rodriguez Interview Photos 4-10-2024.docx | 11 | docx |
| 00002098 | 00002113 | Dept Of Labor 106.100.pdf | 16 | pdf |
| 00002114 | 00002114 | Emailing  Dept Of Labor 106 100 pdf.msg | 1 | msg |
| 00002115 | 00002130 | Dept Of Labor 106.100.pdf | 16 | pdf |
| 00002131 | 00002132 | RE  Subpoena.msg | 2 | msg |
| 00002133 | 00002137 | Vyve.pdf | 5 | pdf |
| 00002138 | 00002139 | Subpoena Response [Georgia] 2.3.23.pdf | 2 | pdf |
| 00002140 | 00002140 | Subpoena Response - Case Number   Windstream Communications Tracking ID  92047.msg | 1 | msg |
| 00002141 | 00002147 | 244002.pdf | 7 | pdf |
| 00002148 | 00002149 | 92047 Certification.pdf | 2 | pdf |
| 00002150 | 00002151 | 92047.pdf | 2 | pdf |
| 00002152 | 00002152 | Subpoena Response.msg | 1 | msg |
| 00002153 | 00002155 | 0857_001.pdf | 3 | pdf |
| 00002156 | 00002157 | SUBPOENA SA KELLY LINEMANN DATED 8.12.21 IP ADDRESS - TIFTNET.docx | 2 | docx |
| 00002158 | 00002158 | Declaration_3906669.pdf | 1 | pdf |
| 00002159 | 00002159 | ReportSubscIP_3906669.pdf | 1 | pdf |
| 00002160 | 00002160 | ReportSubscIP_3906669.txt | 1 | txt |
| 00002161 | 00002169 | GJ Subpoena ATC Broadband 4.17.24.docx.pdf | 9 | pdf |
| 00002170 | 00002171 | Subpoena Infromation for Kelly Linemann - 4-23-24.pdf | 2 | pdf |
| 00002172 | 00002177 | Comcast Cable Communications 11.8.23.pdf | 6 | pdf |
| 00002178 | 00002179 | Final Cert LCR835652.pdf | 2 | pdf |
| 00002180 | 00002180 | final response.docx | 1 | docx |
| 00002181 | 00002183 | 521cr9 Sealed Doc 527.pdf | 3 | pdf |
| 00002184 | 00002192 | 521cr9 Sealed Doc 528.pdf | 9 | pdf |
| 00002193 | 00002196 | Letter 29870367.pdf | 4 | pdf |
| 00002197 | 00002200 | Letter 30503855.pdf | 4 | pdf |
| 00002201 | 00002201 | GoogleAccount.SubscriberInfo.ExportSummary.txt | 1 | txt |
| 00002202 | 00002202 | GoogleAccount.SubscriberInfo.ExportSummary.txt | 1 | txt |
| 00002203 | 00002203 | 67914321776.GooglePay.CustomerInformation.ExportSummary.txt | 1 | txt |
| 00002204 | 00002204 | -1776 GooglePay.BillingInfo.ExportSummary.txt | 1 | txt |
| 00002205 | 00002205 | -5579 GooglePay.BillingInfo.ExportSummary.txt | 1 | txt |
| 00002206 | 00002206 | BillingInfo_67914321776.txt | 1 | txt |
| 00002207 | 00002210 | BillingInfo_199332955579.txt | 4 | txt |
| 00002211 | 00002213 | 521cr9 Sealed Doc 529.pdf | 3 | pdf |
| 00002214 | 00002220 | 521cr9 Sealed Doc 530.pdf | 7 | pdf |
| 00002221 | 00002221 | Tasks for Case Number  5 21-cr-00009-LGW-BWC  T-Mobile US  Inc Tracking ID  4247478.msg | 1 | msg |
| 00002222 | 00002222 | 4247478_20230210_OBJ.pdf | 1 | pdf |
| 00002223 | 00002223 | email_4247478.htm | 1 | htm |
| 00002224 | 00002224 | email_02062023024590.html | 1 | html |
| 00002225 | 00002234 | b0e48e47-cb67-4dd6-8b4f-1a2c61e5eb9c.pdf | 10 | pdf |
| 00002235 | 00002235 | 478.331.0831 CDR (1).xls | 1 | xls |
| 00002236 | 00002236 | 478.331.0831 CDR.xls | 1 | xls |
| 00002237 | 00002240 | 478.331.0831 Sub Info (1).pdf | 4 | pdf |
| 00002241 | 00002245 | 478.331.0831, 912.293.0486 (1).pdf | 5 | pdf |
| 00002246 | 00002246 | 478.331.0831, 912.293.0486SignedCert (1).pdf | 1 | pdf |
| 00002247 | 00002247 | 912.293.0486 CDR (1).xls | 1 | xls |
| 00002248 | 00002248 | 912.293.0486 CDR.xls | 1 | xls |
| 00002249 | 00002250 | 912.293.0486 Sub Info (1).pdf | 2 | pdf |
| 00002251 | 00002251 | Subpoena Compliance - Definition of Terms and FAQ's_updated_4_28_2014 (1).pdf | 1 | pdf |
| 00002252 | 00002253 | Updated Auto Response LER_Aug 31 2012 (1).pdf | 2 | pdf |
| 00002254 | 00002254 | ActDeact__MTN-4783310831-9122930486_2021-11-01_to_2023-01-19.090.csv | 1 | csv |
| 00002255 | 00002260 | AttachedFax_01-20-2023_16-33-59.pdf | 6 | pdf |
| 00002261 | 00002261 | CDR-Historical_3g__4783310831_2021-11-01_to_2023-01-19.226.csv | 1 | csv |
| 00002262 | 00002262 | CDR-Historical_3g__9122930486_2021-11-01_to_2023-01-19.160.csv | 1 | csv |
| 00002263 | 00002263 | CDR-Historical_4g_VoLTE__4783310831_2021-11-01_to_2023-01-19.796.csv | 1 | csv |
| 00002264 | 00002264 | CDR-Historical_4g_VoLTE__9122930486_2021-11-01_to_2023-01-19.125.csv | 1 | csv |
| 00002265 | 00002265 | CDR-Historical-CDR-Explanation.pdf | 1 | pdf |
| 00002266 | 00002266 | CDR-VOLTE-Explanation.pdf | 1 | pdf |
| 00002267 | 00002267 | Certification of records NJ conformed copy sesig.pdf | 1 | pdf |
| 00002268 | 00002268 | COMPLIANCE Letter .pdf | 1 | pdf |
| 00002269 | 00002269 | RCS_Advanced_Messaging_Explanation_Form.pdf | 1 | pdf |
| 00002270 | 00002270 | Subscriber__MTN-4783310831-9122930486_2021-11-01_to_2023-01-19.638.csv | 1 | csv |

| | | | | |
|---|---|---|---|---|
| 00002271 | 00002273 | Text Detail Historical MMS Detail with Time Zones.pdf | 3 | pdf |
| 00002274 | 00002275 | Text Detail Historical SMS Detail with Time Zones.pdf | 2 | pdf |
| 00002276 | 00002276 | TextDetail-Historical_MMS__4783310831_2021-11-01_to_2023-01-19.510.csv | 1 | csv |
| 00002277 | 00002277 | TextDetail-Historical_MMS__9122930486_2021-11-01_to_2023-01-19.745.csv | 1 | csv |
| 00002278 | 00002278 | TextDetail-Historical_SMS__4783310831_2021-11-01_to_2023-01-19.851.csv | 1 | csv |
| 00002279 | 00002279 | TextDetail-Historical_SMS__9122930486_2021-11-01_to_2023-01-19.076.csv | 1 | csv |
| 00002280 | 00002280 | TextDetail-Historical_SMS_RCS__4783310831_2021-11-01_2023-01-19__NoResults.727.txt | 1 | txt |
| 00002281 | 00002281 | TextDetail-Historical_SMS_RCS__9122930486_2021-11-01_2023-01-19__NoResults.012.txt | 1 | txt |
| 00002282 | 00002286 | Verizon 011923.pdf | 5 | pdf |
| 00002287 | 00002287 | Visible_Call_Detail_Explanation_Form.pdf | 1 | pdf |
| 00002288 | 00002288 | VZ_Notification_for_Text_Transactional_Records.pdf | 1 | pdf |
| 00002289 | 00002289 | 94294.pdf | 1 | pdf |
| 00002290 | 00002300 | 307606.pdf | 11 | pdf |
| 00002301 | 00002311 | 311850.pdf | 11 | pdf |
| 00002312 | 00002320 | 311850.pdf^GJ Subpoena. Windstream Communications 4.17.24.pdf | 9 | pdf |
| 00002321 | 00002324 | Jody Johnson interview photos.pdf | 4 | pdf |
| 00002325 | 00002325 | MOI CW contact May 4, 2021.pdf | 1 | pdf |
| 00002326 | 00002327 | MOI JKL Farms - IOE8439181963 - Rangel Vazquez.pdf | 2 | pdf |
| 00002328 | 00002329 | MOI Jody Johnson C&J Farms - Rangel - Vazquez.pdf | 2 | pdf |
| 00002330 | 00002330 | MOI Super 8 - IOE8317835125 - Rangel-Vazquez.pdf | 1 | pdf |
| 00002331 | 00002331 | NIV_IOE8042424118_Jennifer Ann Rangel.xlsx | 1 | xlsx |
| 00002332 | 00002356 | petition packet_IOE8042424118.pdf | 25 | pdf |
| 00002357 | 00002358 | IM_Jennifer Rangel_IOE8167474495.docx | 2 | docx |
| 00002359 | 00002359 | IOE8167474495_Travel.xlsx | 1 | xlsx |
| 00002360 | 00002360 | MOI_IOE8167474495_Budget Inn.docx | 1 | docx |
| 00002361 | 00002361 | MOI_IOE8167474495_C&J Farms.docx | 1 | docx |
| 00002362 | 00002385 | petition packet_IOE8167474495.pdf | 24 | pdf |
| 00002386 | 00002386 | Contact Log-Jeff Davis Peanut & Grain-27SEP2021.pdf | 1 | pdf |
| 00002387 | 00002388 | Contact Log-Rogers Farms-27SEP2021.pdf | 2 | pdf |
| 00002389 | 00002390 | MOI_Archie Miller_Jeff Davis Peanut& Grain_IOE8317835125.docx | 2 | docx |
| 00002391 | 00002391 | MOI_Super 8 Douglas_IOE8317835125.docx | 1 | docx |
| 00002392 | 00002420 | petition packet_IOE8317835125.pdf | 29 | pdf |
| 00002421 | 00002422 | Contact Log-C&J Farms-25MAR2021.pdf | 2 | pdf |
| 00002423 | 00002451 | petition packet_IOE8344252037.pdf | 29 | pdf |
| 00002452 | 00002453 | IOE8800866459 Check Images.pdf | 2 | pdf |
| 00002454 | 00002491 | IOE8800866459_Jennifer RANGEL.pdf | 38 | pdf |
| 00002492 | 00002492 | Contact Log-Dennis Smith Farms-01DEC2022.pdf | 1 | pdf |
| 00002493 | 00002494 | IM_Jennifer Rangel_IOE8836198614.docx | 2 | docx |
| 00002495 | 00002495 | MOI_IOE8836198614_Dennis Smith Farms.docx | 1 | docx |
| 00002496 | 00002496 | NIV_PIMS_Jennifer Rangel_IOE8836198614.xlsx | 1 | xlsx |
| 00002497 | 00002519 | petition packet_IOE8836198614.pdf | 23 | pdf |
| 00002520 | 00002521 | Contact Log-T&M Farms and Sons-15JUN2021.pdf | 2 | pdf |
| 00002522 | 00002550 | petition packet_IOE8259263630.pdf | 29 | pdf |
| 00002551 | 00002551 | Contact Log-JKL Farms-30MAR2021.pdf | 1 | pdf |
| 00002552 | 00002580 | petition packet_IOE8439181963.pdf | 29 | pdf |
| 00002581 | 00002587 | FDNS site visit - IOE8167474495.pdf | 7 | pdf |
| 00002588 | 00002595 | FDNS site visit - IOE8344252037 (1).pdf | 8 | pdf |
| 00002596 | 00002606 | FDNS site visit - IOE8439181963 (1).pdf | 11 | pdf |
| 00002607 | 00002607 | 11-15-2023 2.JPG | 1 | jpg |
| 00002608 | 00002608 | 11-15-2023.JPG | 1 | jpg |
| 00002609 | 00002609 | Untitled.msg | 1 | msg |
| 00002610 | 00002610 | DSCN0831.JPG | 1 | jpg |
| 00002611 | 00002611 | DSCN0828.JPG | 1 | jpg |
| 00002612 | 00002613 | DL Jennifer Rangel.pdf | 2 | pdf |
| 00002614 | 00002615 | DL Vazquez.pdf | 2 | pdf |
| 00002616 | 00002619 | Vazquez - criminal history.pdf | 4 | pdf |
| 00002620 | 00002620 | 643 Jeffer Tax Assessor.pdf | 1 | pdf |
| 00002621 | 00002621 | CITIZEN PHONE TIP HUMAN TRAFFICKING VIDALIA GA 071122.pdf | 1 | pdf |
| 00002622 | 00002622 | Jeffer Address Vehicles.xlsx | 1 | xlsx |
| 00002623 | 00002623 | Jennifer Rangel CVQ6431.pdf | 1 | pdf |
| 00002624 | 00002625 | Jennifer Rangel DL.pdf | 2 | pdf |
| 00002626 | 00002627 | Stephanie Vasquez DL.pdf | 2 | pdf |
| 00002628 | 00002628 | Stephanie Vasquez FAY2.pdf | 1 | pdf |
| 00002629 | 00002632 | Stephanie Vasquez FL CH.pdf | 4 | pdf |
| 00002633 | 00002639 | Stephanie Vasquez PR.pdf | 7 | pdf |
| 00002640 | 00002640 | Stephanie Vasquez Restraining Order.pdf | 1 | pdf |
| 00002641 | 00002641 | Stephanie Vasquez RWS4858.pdf | 1 | pdf |
| 00002642 | 00002642 | Stephanie Vasquez RXF5227.pdf | 1 | pdf |
| 00002643 | 00002643 | Stephanie Vasquez TCK3118.pdf | 1 | pdf |
| 00002644 | 00002644 | 7903 map.PNG | 1 | png |
| 00002645 | 00002645 | 7903.PNG | 1 | png |
| 00002646 | 00002646 | 8305 qpublic.PNG | 1 | png |
| 00002647 | 00002652 | CCF_000117.pdf | 6 | pdf |
| 00002653 | 00002653 | Jennifer Rangel_Stephanie Vasquez_Subject Petition Information.xlsx | 1 | xlsx |
| 00002654 | 00002654 | Northside Inn IOE8042424118.pdf | 1 | pdf |
| 00002655 | 00002655 | Northside Inn IOE8836198614.pdf | 1 | pdf |
| 00002656 | 00002656 | Relax Inn IOE8042424118.pdf | 1 | pdf |
| 00002657 | 00002657 | Relax Inn IOE8836198614.pdf | 1 | pdf |
| 00002658 | 00002658 | SANJAY PATEL.WMA | 1 | wma |
| 00002659 | 00002659 | Treasure Place Reidsville_120 e brazell.PNG | 1 | png |

| | | | | |
|---|---|---|---|---|
| 00002660 | 00002660 | Treasure Place Reidsville_120 e.PNG | 1 | png |
| 00002661 | 00002661 | Vazquez.JPG | 1 | jpg |
| 00002662 | 00002662 | 2024-03-18 12_53_52.pdf | 1 | pdf |
| 00002663 | 00002663 | IMG_2257.jpg | 1 | jpg |
| 00002664 | 00002664 | J RANGEL RODRIQUEZ.WMA | 1 | wma |
| 00002665 | 00002665 | J Rangel.jpg | 1 | jpg |
| 00002666 | 00002666 | DSC_4221.JPG | 1 | jpg |
| 00002667 | 00002667 | DSC_4222.JPG | 1 | jpg |
| 00002668 | 00002668 | DSC_4223.JPG | 1 | jpg |
| 00002669 | 00002669 | DSCN0824.JPG | 1 | jpg |
| 00002670 | 00002670 | DSCN0825.JPG | 1 | jpg |
| 00002671 | 00002671 | DSCN0826.JPG | 1 | jpg |
| 00002672 | 00002672 | DSCN0827.JPG | 1 | jpg |
| 00002673 | 00002673 | DSCN0829.JPG | 1 | jpg |
| 00002674 | 00002674 | DSCN0830.JPG | 1 | jpg |
| 00002675 | 00002675 | DSCN0832.JPG | 1 | jpg |
| 00002676 | 00002676 | DSCN0835.JPG | 1 | jpg |
| 00002677 | 00002677 | DSCN0836.JPG | 1 | jpg |
| 00002678 | 00002678 | DSCN0837.JPG | 1 | jpg |
| 00002679 | 00002679 | DSCN0838.JPG | 1 | jpg |
| 00002680 | 00002680 | DSCN0839.JPG | 1 | jpg |
| 00002681 | 00002681 | DSCN0840.JPG | 1 | jpg |
| 00002682 | 00002682 | DSCN0841.JPG | 1 | jpg |
| 00002683 | 00002683 | parcel 1.PNG | 1 | png |
| 00002684 | 00002684 | parcel 2.PNG | 1 | png |
| 00002685 | 00002685 | qpublic map.PNG | 1 | png |
| 00002686 | 00002726 | 7-17-24 Surveillance Photos.pdf | 41 | pdf |
| 00002727 | 00002728 | MOI Stephanie Vazquez surveillance - Rangel meeting.pdf | 2 | pdf |
| 00002729 | 00002729 | Rodriguez check cash 7-17-24.WMA | 1 | wma |
| 00002730 | 00002730 | Rodriguez Consent to Monitor form.pdf | 1 | pdf |
| 00002731 | 00002731 | Vazquez recording.docx | 1 | docx |
| 00002732 | 00002732 | DSC_5424.JPG | 1 | jpg |
| 00002733 | 00002733 | DSC_5425.JPG | 1 | jpg |
| 00002734 | 00002734 | DSC_5427.JPG | 1 | jpg |
| 00002735 | 00002735 | DSC_5428.JPG | 1 | jpg |
| 00002736 | 00002736 | DSC_5429.JPG | 1 | jpg |
| 00002737 | 00002737 | DSC_5430.JPG | 1 | jpg |
| 00002738 | 00002738 | DSC_5431.JPG | 1 | jpg |
| 00002739 | 00002739 | DSC_5432.JPG | 1 | jpg |
| 00002740 | 00002740 | DSC_5433.JPG | 1 | jpg |
| 00002741 | 00002741 | DSC_5434.JPG | 1 | jpg |
| 00002742 | 00002742 | DSC_5435.JPG | 1 | jpg |
| 00002743 | 00002743 | DSC_5436.JPG | 1 | jpg |
| 00002744 | 00002744 | DSC_5438.JPG | 1 | jpg |
| 00002745 | 00002745 | DSC_5439.JPG | 1 | jpg |
| 00002746 | 00002746 | DSC_5442.JPG | 1 | jpg |
| 00002747 | 00002747 | DSC_5443.JPG | 1 | jpg |
| 00002748 | 00002748 | DSC_5449.JPG | 1 | jpg |
| 00002749 | 00002749 | DSC_5450.JPG | 1 | jpg |
| 00002750 | 00002750 | DSC_5451.JPG | 1 | jpg |
| 00002751 | 00002751 | DSC_5452.JPG | 1 | jpg |
| 00002752 | 00002752 | DSC_5453.JPG | 1 | jpg |
| 00002753 | 00002753 | DSC_5454.JPG | 1 | jpg |
| 00002754 | 00002754 | DSC_5455.JPG | 1 | jpg |
| 00002755 | 00002755 | DSC_5456.JPG | 1 | jpg |
| 00002756 | 00002756 | DSC_5457.JPG | 1 | jpg |
| 00002757 | 00002757 | DSC_5459.JPG | 1 | jpg |
| 00002758 | 00002758 | DSC_5460.JPG | 1 | jpg |
| 00002759 | 00002759 | DSC_5461.JPG | 1 | jpg |
| 00002760 | 00002760 | DSC_5462.JPG | 1 | jpg |
| 00002761 | 00002761 | DSC_5463.JPG | 1 | jpg |
| 00002762 | 00002762 | DSC_5464.JPG | 1 | jpg |
| 00002763 | 00002763 | map Norman Town rd Page.PNG | 1 | png |
| 00002764 | 00002764 | DSC_4734.JPG | 1 | jpg |
| 00002765 | 00002765 | DSC_4735.JPG | 1 | jpg |
| 00002766 | 00002766 | DSC_4736.JPG | 1 | jpg |
| 00002767 | 00002767 | DSC_4737.JPG | 1 | jpg |
| 00002768 | 00002768 | DSC_4738.JPG | 1 | jpg |
| 00002769 | 00002769 | DSC_4739.JPG | 1 | jpg |
| 00002770 | 00002770 | DSC_4741.JPG | 1 | jpg |
| 00002771 | 00002771 | DSC_4742.JPG | 1 | jpg |
| 00002772 | 00002772 | DSC_4743.JPG | 1 | jpg |
| 00002773 | 00002773 | DSC_4744.JPG | 1 | jpg |
| 00002774 | 00002774 | DSC_4745.JPG | 1 | jpg |
| 00002775 | 00002775 | DSC_4746.JPG | 1 | jpg |
| 00002776 | 00002776 | DSC_4747.JPG | 1 | jpg |
| 00002777 | 00002777 | DSC_4748.JPG | 1 | jpg |
| 00002778 | 00002778 | DSC_4749.JPG | 1 | jpg |
| 00002779 | 00002779 | DSC_4750.JPG | 1 | jpg |
| 00002780 | 00002780 | DSC_4751.JPG | 1 | jpg |

| | | | | |
|---|---|---|---|---|
| 00002781 | 00002781 | DSC_4752.JPG | 1 | jpg |
| 00002782 | 00002782 | DSC_4753.JPG | 1 | jpg |
| 00002783 | 00002783 | DSC_4754.JPG | 1 | jpg |
| 00002784 | 00002784 | DSC_4755.JPG | 1 | jpg |
| 00002785 | 00002785 | DSC_4756.JPG | 1 | jpg |
| 00002786 | 00002786 | DSC_4757.JPG | 1 | jpg |
| 00002787 | 00002787 | DSC_4758.JPG | 1 | jpg |
| 00002788 | 00002788 | DSC_4759.JPG | 1 | jpg |
| 00002789 | 00002789 | DSC_4760.JPG | 1 | jpg |
| 00002790 | 00002790 | DSC_4761.JPG | 1 | jpg |
| 00002791 | 00002791 | DSC_4762.JPG | 1 | jpg |
| 00002792 | 00002792 | DSC_4763.JPG | 1 | jpg |
| 00002793 | 00002793 | DSC_4764.JPG | 1 | jpg |
| 00002794 | 00002794 | DSC_4765.JPG | 1 | jpg |
| 00002795 | 00002795 | DSC_4766.JPG | 1 | jpg |
| 00002796 | 00002796 | DSC_4767.JPG | 1 | jpg |
| 00002797 | 00002797 | DSC_4768.JPG | 1 | jpg |
| 00002798 | 00002798 | DSC_4769.JPG | 1 | jpg |
| 00002799 | 00002799 | DSC_4770.JPG | 1 | jpg |
| 00002800 | 00002800 | DSC_4771.JPG | 1 | jpg |
| 00002801 | 00002801 | DSC_4772.JPG | 1 | jpg |
| 00002802 | 00002802 | DSC_4773.JPG | 1 | jpg |
| 00002803 | 00002803 | VAZQUEZ CROSSINGS.pdf | 1 | pdf |
| 00002804 | 00002804 | 751 S STATE STREET.PNG | 1 | png |
| 00002805 | 00002805 | audio LOCATION.PNG | 1 | png |
| 00002806 | 00002806 | GOOGLE EARTH.PNG | 1 | png |
| 00002807 | 00002807 | 643 L JEFFERS RD VEHICLES.xlsx | 1 | xlsx |
| 00002808 | 00002808 | 1935 ROSS BOWEN RD VEHICLES.xlsx | 1 | xlsx |
| 00002809 | 00002809 | mo Image 1535_7_17_2024.pdf | 1 | pdf |
| 00002810 | 00002810 | mo Image 1546_7_17_2024.pdf | 1 | pdf |
| 00002811 | 00002811 | MO Image 4278_7_17_2024.pdf | 1 | pdf |