UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO: 6:24-cr-15 |
| ) | |
| STEPHANIE RANGEL ) | |
| VAZQUEZ, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S CERTIFICATE OF DISCLOSURE**

NOW COMES the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and notifies the Court that the items listed in the attached discovery index has been made available to defense counsel in discovery.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/Ryan Bondura*

Ryan Bondura
Assistant United States Attorney
SC Bar No. 104079
P.O. Box 8970
Savannah GA 31412
912-652-4422

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CASE NO: 6:24-cr-15** |
| | ) | |
| **STEPHANIE RANGEL VAZQUEZ,** | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 18th day of November, 2024.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/Ryan Bondura*

Ryan Bondura
Assistant United States Attorney
SC Bar No. 104079
P.O. Box 8970
Savannah GA 31412
912-652-4422