U.S. v Stephanie Vazquez
20241115 Discovery Index

| PROD_BEGDOC | PROD_ENDDOC | Filename | PgCount | DocExt |
|---|---|---|---|---|
| 00002812 | 00002869 | 10 - 643 L Jeffers SW.pdf | 58 | pdf |
| 00002870 | 00002915 | 26 - SW App Phone A-1.pdf | 46 | pdf |
| 00002916 | 00002924 | 27 - SW Phone A-1.pdf | 9 | pdf |
| 00002925 | 00002969 | 28 - SW App A-10.pdf | 45 | pdf |
| 00002970 | 00002977 | 29 - SW Phone A-10.pdf | 8 | pdf |
| 00002978 | 00003022 | 30 - SW App Phone A-11.pdf | 45 | pdf |
| 00003023 | 00003068 | 31 - SW App Phone A-2.pdf | 46 | pdf |
| 00003069 | 00003077 | 32 - SW Phone A-2.pdf | 9 | pdf |
| 00003078 | 00003085 | 33 - SW Phone A-11.pdf | 8 | pdf |
| 00003086 | 00003131 | 34 - SW App Phone A-3.pdf | 46 | pdf |
| 00003132 | 00003176 | 35 - SW App Phone A-6.pdf | 45 | pdf |
| 00003177 | 00003185 | 36 - SW Phone A-3.pdf | 9 | pdf |
| 00003186 | 00003193 | 37 - SW Phone A-6.pdf | 8 | pdf |
| 00003194 | 00003238 | 38 - SW App Phone A-7.pdf | 45 | pdf |
| 00003239 | 00003246 | 39 - SW Phone A-7.pdf | 8 | pdf |
| 00003247 | 00003291 | 40 - SW App Phone A-4.pdf | 45 | pdf |
| 00003292 | 00003336 | 41 - SW App Phone A-8.pdf | 45 | pdf |
| 00003337 | 00003344 | 42 - SW Phone A-4.pdf | 8 | pdf |
| 00003345 | 00003352 | 43 - SW Phone A-8.pdf | 8 | pdf |
| 00003353 | 00003397 | 44 - SW App Phone A-9.pdf | 45 | pdf |
| 00003398 | 00003442 | 45 - SW App Phone A-5.pdf | 45 | pdf |
| 00003443 | 00003469 | 45-0106-37-24-2024-06-02083446-SummaryByExhibit.pdf | 27 | pdf |
| 00003470 | 00003477 | 46 - SW Phone A-9.pdf | 8 | pdf |
| 00003478 | 00003485 | 47 - SW Phone A-5.pdf | 8 | pdf |
| 00003486 | 00003490 | 2023 Hotel receipts.pdf | 5 | pdf |
| 00003491 | 00003491 | Catering Agreement - Treasures Place LLC and Jennifer Rangel.pdf | 1 | pdf |
| 00003492 | 00003519 | Grand Jury Transcript_20240904.pdf | 28 | pdf |
| 00003520 | 00003544 | IOE8042424118_Jennifer Rangel.pdf | 25 | pdf |
| 00003545 | 00003546 | MOI Raquel Rojas.pdf | 2 | pdf |
| 00003547 | 00003566 | OIG110. Memo to File. Review of Vazquez ZFold4 and Iphone.pdf | 20 | pdf |
| 00003567 | 00003567 | OIG110. MTF. Login and User Data. Rangel and Vazquez updated.pdf | 1 | pdf |
| 00003568 | 00003569 | PersonEncounterList (1).pdf | 2 | pdf |
| 00003570 | 00003570 | Placeholder_Extraction of Apple Iphone 15_SW A-1.pdf | 1 | pdf |
| 00003571 | 00003571 | Placeholder_Extraction of Galaxy S7_SW A-8.pdf | 1 | pdf |
| 00003572 | 00003572 | Placeholder_Extraction of Iphone with cracked back _SW A-7.pdf | 1 | pdf |
| 00003573 | 00003573 | Placeholder_Extraction of Samsung Galaxy A14_SW A-3.pdf | 1 | pdf |
| 00003574 | 00003574 | Placeholder_Extraction of Samsung Rainbow back_SW A-9.pdf | 1 | pdf |
| 00003575 | 00003575 | Placeholder_Extraction of Samsung Zfold RFCTZOMF5K2_SW A-2.pdf | 1 | pdf |
| 00003576 | 00003576 | Placeholder_Extraction of Samsung_SW A-5.pdf | 1 | pdf |
| 00003577 | 00003577 | Work Contract - Dennis Smith Farms and Jennifer Rangel.pdf | 1 | pdf |