## U.S. v Stephanie Vazquez
## 20241220 Discovery Index

| PROD_BEGDOC | PROD_ENDDOC | Filename | PgCount | DocExt |
|---|---|---|---|---|
| 00003578 | 00003578 | Capture.JPG | 1 | jpg |
| 00003579 | 00003579 | PersonDetail (4).pdf | 1 | pdf |
| 00003580 | 00003581 | 12.14.22 Wire.pdf | 2 | pdf |
| 00003582 | 00003583 | 12.21.22 Wire.pdf | 2 | pdf |
| 00003584 | 00003585 | 12.29.22 Wire.pdf | 2 | pdf |
| 00003586 | 00003620 | 2023 Statemetns.1030878829.pdf | 35 | pdf |
| 00003621 | 00003626 | 2024 Statements.1030878829.pdf | 6 | pdf |
| 00003627 | 00003628 | Answer.DOJ.Stephanie R Vazquez and Jennifer A Rodriquez.docx | 2 | docx |
| 00003629 | 00003630 | Answer.DOJ.Stephanie Rangel Vazquez and Jennifer A Rodriguez.pdf | 2 | pdf |
| 00003631 | 00003645 | Checks & Deposits.1030878829.pdf | 15 | pdf |
| 00003646 | 00003646 | GDB Card History.xlsx | 1 | xlsx |
| 00003647 | 00003658 | GonzalesGarciaRangelVasquez Financial Analysis - Copy.docx | 12 | docx |
| 00003659 | 00003659 | Invoice for Legal Discovery (1).docx | 1 | docx |
| 00003660 | 00003661 | MOI Ameris Account RangelVasquez_JH_02_27_024 - Copy.docx | 2 | docx |
| 00003662 | 00003666 | MOI DebitCards_VasquezNavejar-DH - Copy.docx | 5 | docx |
| 00003667 | 00003670 | MOI San Antonio Federal Credit Union - Vasquez-JH - Copy.docx | 4 | docx |
| 00003671 | 00003672 | SF-153541899 Cert of Authenticity.pdf | 2 | pdf |
| 00003673 | 00003683 | SF-153541899 GJ Subpoena.pdf | 11 | pdf |
| 00003684 | 00003684 | SF-153541899 Response.pdf | 1 | pdf |
| 00003685 | 00003686 | Signature Card.1030878829.pdf | 2 | pdf |
| 00003687 | 00003695 | Subpoena Request & Letter.pdf | 9 | pdf |
| 00003696 | 00003696 | Vasquez, Stephany.pdf | 1 | pdf |
| 00003697 | 00003697 | (1) Subpoena Response Letter.pdf | 1 | pdf |
| 00003698 | 00003698 | (3) Declaration of Custodian.pdf | 1 | pdf |
| 00003699 | 00003699 | ACH Galileo.xlsx | 1 | xlsx |
| 00003700 | 00003709 | DOC24-3468.pdf | 10 | pdf |
| 00003710 | 00003717 | galileo_statements_DOC24-3468_21MAR24.pdf | 8 | pdf |
| 00003718 | 00003719 | incomm_vms_statements_DOC24-3468_21MAR24.pdf | 2 | pdf |
| 00003720 | 00003721 | itc_statements_DOC24-3468_21MAR24.pdf | 2 | pdf |
| 00003722 | 00003724 | netspend_statements_DOC24-3468_21MAR24.pdf | 3 | pdf |
| 00003725 | 00003728 | Notes Galileo 4821.pdf | 4 | pdf |
| 00003729 | 00003729 | Notes Netspend.png | 1 | png |
| 00003730 | 00003732 | PAYPAL_statements_DOC24-3468_21MAR24.pdf | 3 | pdf |
| 00003733 | 00003735 | Profile Galileo 4821.pdf | 3 | pdf |
| 00003736 | 00003736 | Profile Netspend.png | 1 | png |
| 00003737 | 00003737 | tsys_statements_DOC24-3468_21MAR24.pdf | 1 | pdf |
| 00003738 | 00003739 | Checking Account Card XXX57.pdf | 2 | pdf |
| 00003740 | 00003741 | Chex Systems Jose Vazquez XXX07.pdf | 2 | pdf |
| 00003742 | 00003743 | Chex Systems Stephanie Vazquez XXX57 07 31 2018.pdf | 2 | pdf |
| 00003744 | 00003745 | Chex Systems Stephanie Vazquez XXX57.pdf | 2 | pdf |
| 00003746 | 00003746 | Jose Vazquez Driver's License XXX07.pdf | 1 | pdf |
| 00003747 | 00003748 | Membership Application XXX07.pdf | 2 | pdf |
| 00003749 | 00003752 | Membership Card XXX07.pdf | 4 | pdf |
| 00003753 | 00003753 | Membership Card XXX57.pdf | 1 | pdf |
| 00003754 | 00003756 | Receipts XXX07.pdf | 3 | pdf |
| 00003757 | 00003759 | Receipts XXX57.pdf | 3 | pdf |
| 00003760 | 00003765 | Savings Account Card XXX07.pdf | 6 | pdf |
| 00003766 | 00003767 | Savings Account Card XXX57.pdf | 2 | pdf |
| 00003768 | 00003828 | Statements XXX07 12 2020 to 02 2024.pdf | 61 | pdf |
| 00003829 | 00003906 | Statements XXX57 12 2020 to 02 2024.pdf | 78 | pdf |
| 00003907 | 00003911 | Stephanie Vazquez Driver's License.pdf | 5 | pdf |
| 00003912 | 00003912 | Updated 12 26 2019 Membership Card XXX57.pdf | 1 | pdf |
| 00003913 | 00003914 | Updated 12 26 2019 Savings Account Card XXX57.pdf | 2 | pdf |

| | | | | |
|---|---|---|---|---|
| 00003915 | 00003915 | IOE8042424118_Travel Information.xlsx | 1 | xlsx |
| 00003916 | 00003916 | IOE8167474495_Travel.xlsx | 1 | xlsx |
| 00003917 | 00003917 | IOE8317835125_Jennifer Rangel.xlsx | 1 | xlsx |
| 00003918 | 00003918 | IOE8344252037_Travel Information.xlsx | 1 | xlsx |
| 00003919 | 00003919 | IOE8439181963_Travel Information.xlsx | 1 | xlsx |
| 00003920 | 00003920 | NIV_PIMS_Jennifer Rangel_IOE8836198614.xlsx | 1 | xlsx |
| 00003921 | 00003921 | 565090605680_jennrang020.SubscriberInfo.html | 1 | html |
| 00003922 | 00003924 | 738627182574_rangeljenn1202.SubscriberInfo.html | 3 | html |
| 00003925 | 00003925 | 45-0106-37-24-2024-06-02083446-Arrestrecords.pdf | 1 | pdf |
| 00003926 | 00003926 | 45-0106-37-24-2024-06-02083446-ExhibitList.pdf | 1 | pdf |
| 00003927 | 00003927 | 45-0106-37-24-2024-06-02083446-FaceSheet.pdf | 1 | pdf |
| 00003928 | 00003936 | 45-0106-37-24-2024-06-02083446-ID-DATA.pdf | 9 | pdf |
| 00003937 | 00003940 | FW H-2 Daily Spreadsheets.msg | 4 | msg |
| 00003941 | 00003941 | Motel Lease Agreement - Relax Inn and Jennifer Rangel.pdf | 1 | pdf |
| 00003942 | 00003942 | Motel Lease Agreement - Northside Inn and Jennifer Rangel.pdf | 1 | pdf |
| 00003943 | 00003943 | Work Contract - Dennis Smith Farms and Jennifer Rangel.pdf | 1 | pdf |
| 00003944 | 00003944 | Catering Agreement - Treasures Place LLC and Jennifer Rangel.pdf | 1 | pdf |
| 00003945 | 00003946 | DL Jennifer Rangel (1) (1).pdf | 2 | pdf |
| 00003947 | 00003948 | DL Vazquez.pdf | 2 | pdf |
| 00003949 | 00003951 | IM_Daniel Castro_IOE8797370428.docx | 3 | docx |
| 00003952 | 00003953 | IM_Sara Gonzales_WAC2014351187.docx | 2 | docx |
| 00003954 | 00004007 | Images P003.pdf | 54 | pdf |
| 00004008 | 00004030 | Vazquez Electronics Review.pdf | 23 | pdf |