

FILED
John E. Triplett, Clerk of Court
United States District Court

*By jamesburrell at 5:19 pm, Mar 05, 2025*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) **SUPERSEDING INDICTMENT NO.** |
| | ) **6:24-CR-15** |
| **v.** | ) |
| | ) **8 U.S.C. § 1324(a)(1)(A)(iv) & 18** |
| **STEPHANIE RANGEL VAZQUEZ** | ) **U.S.C. § 2** |
| | ) **Encouraging and Inducing Illegal** |
| | ) **Entry** |
| | ) |
| | ) **18 U.S.C. §§ 1546(a) & 2** |
| | ) **False Swearing in an Immigration** |
| | ) **Matter** |
| | ) |
| | ) **18 U.S.C. § 1001** |
| | ) **False Statement or Representation** |
| | ) |
| | ) **18 U.S.C. § 1028A** |
| | ) **Aggravated Identity Theft** |

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT ONE**</u>
*Encouraging and Inducing Illegal Entry*
8 U.S.C. § 1324(a)(1)(A)(iv) & 18 U.S.C. § 2

Between March 10, 2021, and April 12, 2021, within the Southern District of Georgia, the Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

aided and abetted by others known and unknown to the Grand Jury, did encourage and induce an alien, namely, R. G. L., to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence in the United States was in violation of law.

1

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and Title 18, United States Code, Section 2.

## COUNT TWO
*False Swearing in an Immigration Matter*
18 U.S.C. §§ 1546(a) & 2

On or about March 8, 2021, within the Southern District of Georgia, the Defendant,

### STEPHANIE RANGEL VAZQUEZ,

aided and abetted by others known and unknown to the Grand Jury, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant Worker, Petition IOE8344252037, that is, **VAZQUEZ** falsely claimed that (1) C&J Farms located in Alma, Georgia required sixty-eight (68) nonimmigrant, agricultural workers. The Defendant then and there knew the statement was false, in that she knew, and had reason to believe, that the nonimmigrant, agricultural workers would not work at C&J Farm.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT THREE
*False Swearing in an Immigration Matter*
18 U.S.C. § 1546(a) & 18 U.S.C. § 2

On or about March 8, 2021, within the Southern District of Georgia, the Defendant,

## STEPHANIE RANGEL VAZQUEZ,

aided and abetted by others known and unknown to the Grand Jury, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant Worker, Petition IOE8344252037, that is, **VAZQUEZ** falsely claimed that (1) the nonimmigrant, agricultural workers would be housed at the Comfortel Suites, located in Douglas, Georgia. The Defendant then and there knew the statement was false, in that she knew, and had reason to believe, that the nonimmigrant, agricultural workers would not be housed at the Comfortel Suites.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT FOUR
*False Swearing in an Immigration Matter*
18 U.S.C. § 1546(a)

On or about March 10, 2021, within the Southern District of Georgia, the Defendant,

### STEPHANIE RANGEL VAZQUEZ,

did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant Worker, Petition IOE8439181963, that is, **VAZQUEZ** falsely claimed that (1) JKL Farms located in Willacoochee, Georgia required sixty-eight (68) nonimmigrant, agricultural workers.  The Defendant then and there knew the statement was false, in that she knew, and had reason to believe, that the nonimmigrant, agricultural workers would not work at JKL Farm.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT FIVE
### *False Swearing in an Immigration Matter*
18 U.S.C. § 1546(a)

On or about March 10, 2021, within the Southern District of Georgia, the Defendant,

### STEPHANIE RANGEL VAZQUEZ,

did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant Worker, Petition IOE8439181963, that is, **VAZQUEZ** falsely claimed that (1) the nonimmigrant, agricultural workers would be housed at the Comfortel Suites, located in Douglas, Georgia. The Defendant then and there knew the statement was false, in that she knew, and had reason to believe, that the nonimmigrant, agricultural workers would not be housed at the Comfortel Suites.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT SIX
*False Swearing in an Immigration Matter*
18 U.S.C. §§ 1546(a) & 2

On or about September 1, 2021, within the Southern District of Georgia, the

Defendant,

### STEPHANIE RANGEL VAZQUEZ,

aided and abetted by others known and unknown to the Grand Jury, did knowingly

subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement

with respect to a material fact in a document required by the immigration laws and

regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant

Worker, Petition IOE8317835125, that is, **VAZQUEZ** falsely claimed that (1) Rogers

Farms located in Glennville, Georgia required eighty (80) nonimmigrant, agricultural

workers.  The Defendant then and there knew the statement was false, in that she

knew, and had reason to believe, that the nonimmigrant, agricultural workers would

not work at Rogers Farm.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

<u>**COUNT SEVEN**</u>
*False Swearing in an Immigration Matter*
18 U.S.C. §§ 1546(a) & 2

On or about September 1, 2021, within the Southern District of Georgia, the Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant Worker, Petition IOE8317835125, that is, **VAZQUEZ** falsely claimed that (1) the nonimmigrant, agricultural workers would be housed at the Super 8 Motel, located in Douglas, Georgia.  The Defendant then and there knew the statement was false, in that she knew, and had reason to believe, that the nonimmigrant, agricultural workers would not be housed at the Super 8 Motel.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT EIGHT
*False Swearing in an Immigration Matter*
18 U.S.C. §§ 1546(a) & 2

On or about November 12, 2022, within the Southern District of Georgia, the

Defendant,

### STEPHANIE RANGEL VAZQUEZ,

aided and abetted by others known and unknown to the Grand Jury, did knowingly

subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement

with respect to a material fact in a document required by the immigration laws and

regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant

Worker, Petition IOE8836198614, that is, **VAZQUEZ** falsely claimed that (1) Dennis

Smith Farms located in Vidalia, Georgia required sixty (60) nonimmigrant,

agricultural workers.  The Defendant then and there knew the statement was false,

in that she knew, and had reason to believe, that the nonimmigrant, agricultural

workers would not work at Dennis Smith Farms.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT NINE
*False Swearing in an Immigration Matter*
18 U.S.C. §§ 1546(a) & 2

On or about November 12, 2022, within the Southern District of Georgia, the

Defendant,

### STEPHANIE RANGEL VAZQUEZ,

aided and abetted by others known and unknown to the Grand Jury, did knowingly

subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement

with respect to a material fact in a document required by the immigration laws and

regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant

Worker, Petition IOE8836198614, that is, **VAZQUEZ** falsely claimed that (1) the

nonimmigrant, agricultural workers would be housed at the Relax Inn and Northside

Inn, both located in Claxton, Georgia. The Defendant then and there knew the

statement was false, in that she knew, and had reason to believe, that the

nonimmigrant, agricultural workers would not be housed at the Relax Inn nor the

Northside Inn.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

10

<u>COUNT TEN</u>
*False Swearing in an Immigration Matter*
18 U.S.C. §§ 1546(a) & 2

On or about April 29, 2023, within the Southern District of Georgia, the Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant Worker, Petition IOE8167474495, that is, **VAZQUEZ** falsely claimed that (1) C&J Farms located in Alma, Georgia required ninety-nine (99) nonimmigrant, agricultural workers.  The Defendant then and there knew the statement was false, in that she knew, and had reason to believe, that the nonimmigrant, agricultural workers would not work at C&J Farms.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT ELEVEN

*False Swearing in an Immigration Matter*
18 U.S.C. §§ 1546(a) & 2

On or about April 29, 2023, within the Southern District of Georgia, the

Defendant,

## STEPHANIE RANGEL VAZQUEZ,

aided and abetted by others known and unknown to the Grand Jury, did knowingly

subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement

with respect to a material fact in a document required by the immigration laws and

regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant

Worker, Petition IOE8167474495, that is, **VAZQUEZ** falsely claimed that (1) the

nonimmigrant, agricultural workers would be housed at the Budget Inn, located in

Vidalia, Georgia. The Defendant then and there knew the statement was false, in

that she knew, and had reason to believe, that the nonimmigrant, agricultural

workers would not be housed at the Budget Inn.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT TWELVE
*False Swearing in an Immigration Matter*
18 U.S.C. §§ 1546(a) & 2

On or about October 10, 2023, within the Southern District of Georgia, the Defendant,

### STEPHANIE RANGEL VAZQUEZ,

aided and abetted by others known and unknown to the Grand Jury, did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant Worker, Petition IOE8042424118, that is, **VAZQUEZ** falsely claimed that (1) Dennis Smith Farms located in Vidalia, Georgia required sixty-six (66) nonimmigrant, agricultural workers. The Defendant then and there knew the statement was false, in that she knew, and had reason to believe, that the nonimmigrant, agricultural workers would not work at Dennis Smith Farms.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

<u>**COUNT THIRTEEN**</u>
*False Swearing in an Immigration Matter*
18 U.S.C. §§ 1546(a) & 2

On or about October 10, 2023, within the Southern District of Georgia, the

Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

aided and abetted by others known and unknown to the Grand Jury, did knowingly

subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement

with respect to a material fact in a document required by the immigration laws and

regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant

Worker, Petition IOE8042424118, that is, **VAZQUEZ** falsely claimed that (1) the

nonimmigrant, agricultural workers would be housed at the Northside Inn, located

in Claxton, Georgia. The Defendant then and there knew the statement was false, in

that she knew, and had reason to believe, that the nonimmigrant, agricultural

workers would not be housed at Northside Inn.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

## COUNT FOURTEEN
*False Swearing in an Immigration Matter*
18 U.S.C. § 1546(a)

On or about May 1, 2024, within the Southern District of Georgia, the Defendant,

## STEPHANIE RANGEL VAZQUEZ,

did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant Worker, Petition IOE8800866459, that is, **VAZQUEZ** falsely claimed that (1) she was another person, J.R. The Defendant then and there knew the statement was false, in that she knew, and had reason to believe, that she was impersonating another individual.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT FIFTEEN
*False Swearing in an Immigration Matter*
18 U.S.C. § 1546(a)

On or about May 1, 2024, within the Southern District of Georgia, the Defendant,

### STEPHANIE RANGEL VAZQUEZ,

did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant Worker, Petition IOE8800866459, that is, **VAZQUEZ** falsely claimed that (1) C&J Farms located in Alma, Georgia required ninety-nine (99) nonimmigrant, agricultural workers.  The Defendant then and there knew the statement was false, in that she knew, and had reason to believe, that the nonimmigrant, agricultural workers would not work at C&J Farms.

All in violation of Title 18, United States Code, Section 1546(a).

16

## COUNT SIXTEEN
*False Swearing in an Immigration Matter*
18 U.S.C. § 1546(a)

On or about May 1, 2024, within the Southern District of Georgia, the Defendant,

## STEPHANIE RANGEL VAZQUEZ,

did knowingly subscribe as true under penalty of perjury under 28 U.S.C. § 1746 a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, to wit, an I-129, Petition for a Nonimmigrant Worker, Petition IOE8800866459, that is, **VAZQUEZ** falsely claimed that (1) the agricultural workers would be housed at the Oak Tree Inn and Suites located in Claxton, Georgia. The Defendant then and there knew the statement was false, in that she knew, and had reason to believe, that the nonimmigrant, agricultural workers would not be housed at the Oaktree Inn and Suites.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT SEVENTEEN
*False Statement or Representation*
18 U.S.C. § 1001

On or about January 24, 2024, in Toombs County and elsewhere, within the Southern District of Georgia, the Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely and fraudulently filing a WH-530, Initial or Renewal Application for a Farm Labor Contractor Certificate of Registration. The statements and representations were false because, as the Defendant then and there knew, she was falsely and fraudulently identifying as another person.

All in violation of Title 18, United States Code, Section 1001.

## COUNT EIGHTEEN
*Aggravated Identity Theft*
18 U.S.C. § 1028A

On or about January 24, 2024, in Toombs County and elsewhere, within the Southern District of Georgia, the Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(4), to wit: 18 U.S.C. § 1001(a), as alleged in Count Seventeen, knowing that the means of identification belonged to another actual person.

All in violation of Title 18, United States Code, Section 1028A.

## COUNT NINETEEN
*False Statement or Representation*
18 U.S.C. § 1001

On or about February 15, 2024, in Toombs County, within the Southern District of Georgia, the Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely and fraudulently filing an ETA-790A. The statements and representations were false because, as the Defendant then and there knew, she was falsely and fraudulently identifying as another person.

All in violation of Title 18, United States Code, Section 1001.

## COUNT TWENTY
*False Statement or Representation*
18 U.S.C. § 1001

On or about March 18, 2024, in Toombs County, within the Southern District of Georgia, the Defendant,

**STEPHANIE RANGEL VAZQUEZ,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely and fraudulently filing an ETA-9142A. The statements and representations were false because, as the Defendant then and there knew, she was falsely and fraudulently identifying as another person.

All in violation of Title 18, United States Code, Section 1001.

## COUNT TWENTY-ONE
*False Statement or Representation*
18 U.S.C. § 1001

On or about May 1, 2024, in Jeff Davis County, within the Southern District of Georgia, the Defendant,

### STEPHANIE RANGEL VAZQUEZ,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by falsely and fraudulently filing a DHS Form I-129, Petition IOE8800866459. The statements and representations were false because, as the Defendant then and there knew, she was falsely and fraudulently identifying as another person.

All in violation of Title 18, United States Code, Section 1001.

A True Bill.

_____
Tara M. Lyons
Acting United States Attorney

_____
Ryan E. Bondura
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division