# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **SUPERSEDING** |
| | ) | **INDICTMENT NO: 6:24-CR-015** |
| | ) | |
| **STEPHANIE RANGEL VAZQUEZ** | ) | |

## MOTION TO UNSEAL SUPERSEDING INDICTMENT

COMES NOW, the United States of America, by and through Tara M. Lyons, Acting United States Attorney for the Southern District of Georgia and the undersigned Assistant United States Attorney, and respectfully moves the Court to unseal the Superseding Indictment and all its filings in the above-referenced matter.

In support of this motion, the Government shows that Defendant Vazquez is now in custody in the Southern District of Texas and is prepared to make her initial appearance. Defendant Vazquez is the only defendant in this case and has been apprehended and, thus, the necessity to seal any portion of this Superseding Indictment or related filings is now moot, and this matter should be fully unsealed.

WHEREFORE, the Government moves that the above-styled indictment, and all process issued thereunder, be unsealed.

This 26th day of March, 2025.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY


***/s/ Ryan Bondura***
Ryan Bondura
Assistant United States Attorney
South Carolina Bar No. 104079
P.O. Box 8970
Savannah GA 31412
Telephone: (912) 201-2537