# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (McAllen)
## CRIMINAL DOCKET FOR CASE #: 7:25−mj−00607−1

| | |
|---|---|
| Case title: USA v. Rangel Vazquez | Date Filed: 03/26/2025 |
| Other court case number: 6:24−CR−15 Southern District of Georgia − Statesboro Division | Date Terminated: 03/27/2025 |

Assigned to: Magistrate Judge Nadia S Medrano

**Defendant (1)**

**Stephanie Rangel Vazquez**
*TERMINATED: 03/27/2025*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 8:1324.F | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/26/2025 | | Arrest (Rule 40) of Stephanie Rangel Vazquez, filed. (sas7) (Entered: 03/27/2025) |
| 03/26/2025 | 1 | Rule 5(c)(3) Documents Received from Southern District of Georgia − Statesboro Division as to Stephanie Rangel Vazquez. Initial Appearance − Rule 40 set for 3/27/2025 at 09:00 AM before Magistrate Judge Nadia S Medrano, filed. (Attachments: # 1 Executed Warrant) (sas7) (Entered: 03/27/2025) |
| 03/27/2025 | | Minute Entry for proceedings held before Magistrate Judge Nadia S Medrano: INITIAL APPEARANCE AND IDENTITY HEARING IN RULE 5(c)(3) PROCEEDINGS as to Stephanie Rangel Vazquez held on 3/27/2025. Defendant requests appointed counsel. Deft examined as to Financial Affidavit. Court grants. AFPD Appointed. Deft informed of rights. Parties approached for a Sealed Bench Conference. Deft, through counsel, waived any hearings in the McAllen division and requests hearings be held in the charging district. Court allows deft to continue to continue out on bond under the same bond conditions. Appearances: Sarina DiPiazza, AUSA; Christina Conway−Navarro, AFPD. (PTS: Alicia Trevino) (ERO: Christopher Barrera) (Interpreter: Woody Lewis /used used) (DUSM: Robert Loeser), filed. (sg7) |

| | | |
|---|---|---|
| | | (Entered: 03/27/2025) |
| 03/27/2025 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. ( Signed by Magistrate Judge Nadia S Medrano) Parties notified. (sg7) (Entered: 03/27/2025) |
| 03/27/2025 | 3 | WAIVER of Rule 5 & 5.1 Hearings by Stephanie Rangel Vazquez, filed. (sg7) (Entered: 03/27/2025) |
| 03/27/2025 | 4 | Sealed Financial Affidavit CJA 23 by Stephanie Rangel Vazquez, filed. (Entered: 03/27/2025) |
| 03/27/2025 | 5 | RULE 5 Papers sent to Southern District of Georgia Division as to Stephanie Rangel Vazquez, filed. (sg7) (Entered: 03/27/2025) |