# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

**CASE NO.:** 6:24cr015  **DATE:** April 4, 2025

**UNITED STATES OF AMERICA**

v  **TIMES:** 10:03 - 10:15

Stephanie Rangel Vazquez

---

**Honorable:** Brian K. Epps, United States Magistrate Judge  **Courtroom Deputy:** Courtnay Capps
**Court Reporter:** FTR  **Interpreter:**
**Probation Officer:**  **Security:**

---

**Attorney for Government:** Ryan Bondura
**Attorney for Defendant(s):** Troy Marsh

---

**PROCEEDINGS: ARRAIGNMENT SUPERSEDING INDICTMENT BY VIDEO TELECONFERENCE**

- [✓] Defendant advised of rights
- [ ] CJA counsel appointed
- [✓] Defendant advised of charges and penalties
- [✓] Not guilty plea entered
- [✓] Pretrial motions due within *
- [✓] Government Expert Disclosures due within *
- [✓] Defense Expert Disclosures due within *
- [ ] Government does not move for detention
- [ ] Government moves for detention:
  - [ ] Defendant waives detention hearing at this time
  - [ ] Detention hearing scheduled for:
  - [ ] Detention hearing held
    - [ ] Witness for Gov't:   [ ] Witness Sworn
    - [ ] Witness for Def:     [ ] Witness Sworn
- [ ] Defendant detained pending trial
- [ ] Defendant remanded to custody of USMS
- [✓] Defendant granted bond: **continued on bond at the IA in Texas under the same terms and conditions as originally imposed.**

[✓] Rule 5/Brady materials reviewed

**Notes:**

Defendant consents to appear by video teleconference.

Pretrial Motions period is reopened:
Government's supplemental discovery due within 7 days.
Government's expert disclosures, if any, due within 14 days.
Defense's pretrial motions and expert disclosures due within 60 days.