UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO:   6:24-CR-15 |
| | ) | |
| v. | ) | |
| | ) | |
| **STEPHANIE RANGEL VAZQUEZ** | ) | |

**JOINT STATUS REPORT**

I.   Date of Status Report Conference: June 10, 2025

II.  Conference Attendees:

| Name | Role |
|---|---|
| Ryan E. Bondura | AUSA |
| Troy W. Marsh, Jr. | Defense Counsel |

III. Pretrial Motions.

☒   All pretrial motions have been satisfied or otherwise resolved.

☐   The parties have not resolved the following pretrial motions(s) and will require a ruling from the Court to settle the actual controversy or dispute:

| Motion Title and Docket Number | Opposed | Oral Argument Requested | Evidentiary Hearing Requested |
|---|---|---|---|
| | Y/N | Y/N | Y/N |
| | Y/N | Y/N | Y/N |
| | Y/N | Y/N | Y/N |

This 10th day of June 2025.

*/s/ Ryan E. Bondura*
Assistant United States Attorney


*/s/ Troy W. Marsh, Jr.*
Defense Counsel