**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

### CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 6:24cr015 | **DATE:** September 23, 2025 |
| **UNITED STATES OF AMERICA** | **TIMES:** 12:04 - 12:06 |
| **V.** | |
| Stephani Rangel Vazquez | |

| | |
|---|---|
| **Honorable:** Brian K. Epps, United States Magistrate Judge | **Courtroom Deputy:** Courtnay J. Capps |
| **Court Reporter:** FTR | **Law Clerk:** |
| **Probation Officer:** ---- | **Security:** ---- |

**Attorney for Government:** Ryan Bondura
**Attorney for Defendant(s):** Tina Maddox

**PROCEEDINGS:** Status Conference by video teleconference

☐ All parties present and ready to proceed

**Witness for the Govt:**                                   ☐ Witness sworn
**Witness for the Govt:**                                   ☐ Witness sworn
**Witness for the Govt:**                                   ☐ Witness sworn
**Witness for the Govt:**                                   ☐ Witness sworn
**Witness for the Deft:**                                   ☐ Witness sworn
**Witness for the Deft:**                                   ☐ Witness sworn

**NOTES:**

Defendant consents to appear by video teleconference.
Defense counsel's request for 30 days to file pretrial motions and expert witness granted. Court to enter an order.