IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 624-015 |
| | ) | |
| STEPHANIE RANGEL VAZQUEZ | ) | |

**O R D E R**

On August 13, 2025, United States District Judge J. Randal Hall continued Defendant's trial date. (Doc. no. 72.) On August 29, 2025, Defendant's now former attorney filed a motion to withdraw as counsel for Defendant. (Doc. no. 77.) The Court held a hearing on this motion on September 5, 2025, (doc. no. 80), and entered an Order on September 8, 2025, granting the request and appointing new counsel for Defendant, (doc. no. 81). At the September 23, 2025 status conference, newly appointed defense counsel requested thirty days to review extensive discovery, file any pretrial motions, and make any defense expert disclosures. In consideration of defense counsel's request, and in order to ensure effective preparation of new counsel, the Court **GRANTS** the request. The revised deadlines are as follows:

| EVENT | DEADLINE |
|---|---|
| Government Notice (Fed. R. Evid. 404(b)) | Completed |
| Pretrial Motions by All Parties | October 23, 2025 |
| Government Expert Disclosures (Fed. R. Crim. P. 16(a)(1)(G)) | Completed |
| Status Report (No Motions Filed) | October 30, 2025 |
| Responses to Pretrial Motions | November 6, 2025 |

| Status Report (Motions Filed) | November 13, 2025 |
| --- | --- |
| Defense Expert Disclosures (Fed. R. Crim. P. 16(b)(1)(C)) | October 23, 2025 |

Pursuant to 18 U.S.C. § 3161(h)(7), the period of time—September 23, 2025, through and including October 23, 2025—is excluded in computing the time within which trial must commence because the extension (1) is not for the purpose of delay, but instead to further justice and protect Defendant's right to a fair trial by allowing reasonable time necessary, assuming due diligence, for effective preparation of counsel; and (2) serves the ends of justice and outweighs all interests in a speedy trial. Counsel shall not file "preliminary" motions. All motions must comply with LR Crim. 12, including the provisions concerning affidavits, citations to record evidence, and supporting memoranda.

SO ORDERED this 23rd day of September, 2025, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA